UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS FAIR HOUSING CENTER; INTERMOUNTAIN FAIR HOUSING COUNCIL; SAN ANTONIO FAIR HOUSING COUNCIL, INC., d/b/a FAIR HOUSING COUNCIL OF SOUTH TEXAS; and HOUSING RESEARCH AND ADVOCACY CENTER, d/b/a FAIR HOUSING CENTER FOR RIGHTS & RESEARCH, INC., *on behalf of themselves and all those similarly situated,*<br><br>        Plaintiffs,<br><br>        v.<br><br>THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; SCOTT TURNER, *in his official capacity as Secretary of Housing and Urban Development*; U.S. DOGE SERVICE; U.S. DOGE SERVICE TEMPORARY ORGANIZATION; and AMY GLEASON, *in her official capacity as Acting Administrator of U.S. DOGE Service and U.S. DOGE Service Temporary Organization*,<br><br>        Defendants. | Civil Action No. 3:25-cv-30041<br><br>**REQUEST FOR ORAL ARGUMENT ON AN EMERGENCY BASIS** |

**PLAINTIFFS' EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER**

      Plaintiffs Massachusetts Fair Housing Center; Intermountain Fair Housing Council; San Antonio Fair Housing Council, Inc., d/b/a Fair Housing Council of South Texas; and Housing Research and Advocacy Center, d/b/a/ Fair Housing Center for Rights & Research, Inc., on behalf of themselves a class of those similarly situated (collectively "Plaintiffs"), hereby respectfully move, pursuant to Fed. R. Civ. P. 65 and D. Mass. L.R. 7.1, for a temporary restraining order on an emergency basis to enjoin Defendants from effectuating their decision to terminate grants awarded to Plaintiffs through the Fair Housing Initiatives Program ("FHIP"), 42

U.S.C. § 3616a. This termination was announced by Defendants on February 27, 2025, through a form Termination Notice and unquestionably violates federal law in multiple respects.

Fair housing organizations like Plaintiffs are the backbone of Fair Housing Act enforcement within their regions and are often the only source of critical services like eviction defense, housing search assistance, reasonable modification advocacy, systemic investigations of housing discrimination, and education and outreach about fair housing rights and obligations. Federal FHIP grants, in turn, are the budgetary cornerstone for many fair housing agencies, including the Plaintiffs here. These awards are necessary to keep employees paid and clients served. Often, FHIP awards are needed to quite literally keep the lights on. If Defendants' termination of Plaintiffs' FHIP grants stands, it will profoundly diminish Plaintiffs' work, if not force them to close entirely. The ripple effects of the grant terminations will extend far beyond the walls of Plaintiffs themselves—their communities will be deprived of necessary services, and enforcement of the Fair Housing Act will be materially reduced.

Plaintiffs hereby incorporate by reference the contemporaneously filed Complaint, Memorandum of Law in Support of Plaintiffs' Emergency Motion for a Temporary Restraining Order, Emergency Motion for Provisional Class Certification, and Memorandum in Support of Plaintiffs' Emergency Motion for Provisional Class Certification. As detailed in the accompanying Memorandum of Law, Plaintiffs are likely to succeed in showing that: (1) Defendants' FHIP grant termination decision violated the Administrative Procedures Act and was *ultra vires*; (2) without a temporary restraining order, Plaintiffs will suffer irreparable harm; (3) the balance of equities weighs strongly in Plaintiffs' favor; and (4) the requested temporary restraining order will serve the public interest.

WHEREFORE, Plaintiffs respectfully request that the Court immediately enter a temporary restraining order that: (1) Orders HUD to reverse its termination decision as communicated on February 27 and immediately reinstate Plaintiffs' FHIP awards; (2) Enjoins HUD from pausing, freezing, suspending, or terminating any FHIP grants based on either a directive from DOGE or E.O. 14158; and (3) Enjoins DOGE from directing or participating in the pausing, freezing, suspending, or terminating FHIP grants. Plaintiffs also request that this Court order Defendants to file a status report with the Court within 48 hours of entry of a temporary restraining order confirming their compliance with such order and reporting all steps that Defendants, their officers, employees, and agents have taken to comply with the Court's temporary restraining order.

## EMERGENCY REQUEST FOR ORAL ARGUMENT

Plaintiffs believe that oral argument may assist the Court in deciding this motion and respectfully request to be heard.

Dated: March 13, 2025                    Respectfully submitted,

/s/ Daniel Ordorica
Daniel Ordorica (BBO # 705729)
HEISLER, FELDMAN,
& ORDORICA, P.C.
293 Bridge Street, Suite 322
Springfield, MA 01103
Tel:(413)788-7988
Fax:(413)788-7996
dordorica@hfmgpc.com

Lila Miller*
Reed Colfax*
Zoila Hinson*
Rebecca Livengood*
Yiyang Wu*

Robert Hunter*
RELMAN COLFAX PLLC
1225 19th Street NW, Suite 600
Washington, DC 20036
Tel: (202) 728-1888
Fax: (202) 728-0848
lmiller@relmanlaw.com
rcolfax@relmanlaw.com
zhinson@relmanlaw.com
rlivengood@relmanlaw.com
ywu@relmanlaw.com
rhunter@relmanlaw.com


*Pro hac vice application pending

## **LOCAL RULE 7.1 CERTIFICATION**

Plaintiffs' Counsel certify that on March 13, 2025, at 11:07 AM, they contacted the following individuals at the U.S. Department of Justice by electronic mail to provide notice of this motion:

Eric J. Hamilton
Deputy Assistant Attorney General, Federal Programs Branch
eric.hamilton@usdoj.gov

Alex Haas
Co-Director, Federal Programs Branch
alex.haas@usdoj.gov

Diane Kelleher
Co-Director, Federal Programs Branch
diane.kelleher@usdoj.gov

John Griffiths
Co-Director, Federal Programs Branch
john.griffiths@usdoj.gov

Rayford Farquhar
Chief, Defensive Litigation, Civil Division
U.S. Attorney's Office for the District of Massachusetts
rayford.farquhar@usdoj.gov

Plaintiffs have not yet had an opportunity to meet and confer with Defendants' counsel but are proceeding with this filing given the need for prompt relief, as set forth in the accompanying memorandum of law.

/s/ *Daniel Ordorica*
Daniel Ordorica (BBO # 705729)
HEISLER, FELDMAN,
& ORDORICA, P.C.
293 Bridge Street, Suite 322
Springfield, MA 01103
Tel:(413)788-7988
Fax:(413)788-7996
dordorica@hfmgpc.com

*Counsel for Plaintiffs*