# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| MASSACHUSETTS FAIR HOUSING CENTER, *et al.*, *on behalf of themselves and all those similarly situated*,<br><br>     *Plaintiffs*,<br>  v.<br><br>THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>     *Defendants*. | Civil Action No. 3:25-cv-30041-RGS<br><br><br>Judge Richard G. Stearns |

## <u>SUPPLEMENTAL DECLARATION OF SANDRA TAMEZ</u>

I, Sandra Tamez, declare the following under penalties of perjury:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information and belief.

2. I am the Executive Director of the San Antonio Fair Housing Council, Inc., d/b/a Fair Housing Council of South Texas ("FHCST").

3. On December 18, 2023, FHCST submitted a grant application for a Fair Housing Initiatives Program ("FHIP") Private Enforcement Initiative ("PEI") Grant from the United States Department of Housing and Urban Development ("HUD").

4. Attached as Exhibit A to this declaration is HUD's Notice of Funding Opportunity ("NOFO") related to the PEI grant, dated December 18, 2023.

5. On April 1, 2024, FHCST was informed by HUD that it was selected to receive the PEI Grant, which awarded FHCST a 36-month project with Year 1 being negotiated to commence on May 1, 2024 (FPEI230123).

6. Attached as Exhibit B to this declaration is Attachment F, the Statement of Work describing the activities that FHCST agreed to undertake in accordance with its award for funding under the Fair Housing Initiatives Program – Private Enforcement Initiative.

7. Attached as Exhibit C to this declaration is Attachment G, the Grant Payment Schedule.

8. On March 22, 2025, I reviewed all grant documents, including the grant application documents, related to FHCST's PEI Grant (FPEI230123).

9. The grant documents describe the enforcement, education, and outreach activities FHCST agreed to undertake to prevent or eliminate any discriminatory housing practices not allowed under the Fair Housing Act.

10. The grant documents do not contain any mention of the words "DEI" or "DEIA."

11. Among all the grant application documents, there is use of the word "diversity" in one particular sentence which is repeated in a few sections of the grant application. On those sections of the grant application, attached as Exhibit D to this declaration, we wrote that "Although Texas has a State FHAP, the sheer physical size <u>and diversity</u> of the State can present obstacles for the FHAP and it cannot sufficiently serve these underserved areas" (emphasis added).

12. We also mentioned the term "equity" in our grant application. Attached as Exhibit E to this declaration is a document entitled "the Advancing Racial Equity Narrative."

13. We provided this narrative at the express direction of HUD. On Page 23 of Exhibit A, the NOFO, HUD stated that all applicants "must submit a narrative" answering four bullet points related to "racial equity" (analysis of racial composition of the persons or households who are expected to benefit from your proposed grant activities, identification of potential barriers, detailed steps that could prevent, reduce or eliminate these barriers; and adoption of

measures to evaluate effectiveness). HUD further said, "if the Narrative is not included or is insufficient it will be deemed a curable deficiency[.]"

I declare under penalty of perjury that the foregoing is true and correct.


Dated: March 24, 2025

_____
Sandra Tamez

# EXHIBIT 2-A



**U.S. Department of Housing and Urban Development**

Fair Housing and Equal Opportunity

Fair Housing Initiatives Program – Private Enforcement Initiative
FR-6700-N-21-C
12/18/2023

# Table of Contents

OVERVIEW ....................................................................................................................................3

I. FUNDING OPPORTUNITY DESCRIPTION.........................................................................3

A. Program Description ..................................................................................................................3

B. Authority ..................................................................................................................................14

II. AWARD INFORMATION ......................................................................................................14

A. Available Funds .......................................................................................................................14

B. Number of Awards ...................................................................................................................14

C. Minimum/Maximum Award Information .................................................................................15

D. Period of Performance..............................................................................................................15

E. Type of Funding Instrument ....................................................................................................15

III. ELIGIBILITY INFORMATION ...........................................................................................16

A. Eligible Applicants...................................................................................................................16

B. Ineligible Applicants ................................................................................................................17

C. Cost Sharing or Matching.........................................................................................................17

D. Threshold Eligibility Requirements ........................................................................................18

E. Statutory and Regulatory Requirements Affecting Eligibility ................................................19

F. Program-Specific Requirements ...............................................................................................20

G. Criteria for Beneficiaries..........................................................................................................23

IV. APPLICATION AND SUBMISSION INFORMATION ......................................................24

A. Obtain an Application Package .................................................................................................24

B. Content and Form of Application Submission .........................................................................26

C.  System for Award Management (SAM) and Unique Entity Identifier (UEI) .......................28

D. Application Submission Dates and Times ...............................................................................29

E. Intergovernmental Review .......................................................................................................31

F. Funding Restrictions .................................................................................................................32

G. Other Submission Requirements..............................................................................................34

V. APPLICATION REVIEW INFORMATION .........................................................................35

A. Review Criteria ........................................................................................................................35

B. Review and Selection Process ..................................................................................................45

VI. AWARD ADMINISTRATION INFORMATION.................................................................48

A. Award Notices..........................................................................................................................48

B. Administrative, National and Departmental Policy Requirements and Terms for HUD
Applicants and Recipients of Financial Assistance Awards ....................................................50

C. Reporting ...........................................................................................................................52

D. Debriefing ..........................................................................................................................54

VII. AGENCY CONTACT(S) .................................................................................................54

VIII. OTHER INFORMATION ...............................................................................................55

APPENDIX ...............................................................................................................................57

**Program Office:**

Fair Housing and Equal Opportunity

**Funding Opportunity Title:**

Fair Housing Initiatives Program – Private Enforcement Initiative

**Funding Opportunity Number:**

FR-6700-N-21-C

**Assistance Listing Number (formerly CFDA Number):**

14.418

**Due Date for Applications:**

12/18/2023

## OVERVIEW

The U.S. Department of Housing and Urban Development (HUD) issues this Notice of Funding Opportunity (NOFO) to invite applications from eligible applicants for the program and purpose described within this NOFO. You, as a prospective applicant, should carefully read all instructions in all sections to avoid sending an incomplete or ineligible application. HUD funding is highly competitive. Failure to respond accurately to any submission requirement could result in an incomplete or noncompetitive proposal.

In accordance with Title 24 part 4, subpart B of the Code of Federal Regulations (CFR), during the selection process (which includes HUD's NOFO development and publication and concludes with the award of assistance), HUD is prohibited from disclosing covered selection information. Examples of impermissible disclosures include: 1) information regarding any applicant's relative standing; 2) the amount of assistance requested by any applicant; and 3) any information contained in the application. Prior to the application deadline, HUD may not disclose the identity of any applicant or the number of applicants that have applied for assistance.

For further information regarding this NOFO, direct questions regarding the specific requirements of this NOFO to the agency contact identified in section VII.

**Paperwork Reduction Act Statement.** In accordance with the Paperwork Reduction Act of 1995 (44 U.S.C. 3501- 3520) (PRA), the Office of Management and Budget (OMB) approved the information collection requirements in this NOFO. HUD may not conduct or sponsor, and a person is not required to respond to a collection of information unless the collection displays a valid OMB control number. This NOFO identifies its applicable OMB control number, unless its collection of information is excluded from these requirements under 5 CFR part 1320.

**OMB Approval Number(s):**

2529-0033

## I. FUNDING OPPORTUNITY DESCRIPTION

### A. Program Description

**1. Purpose**

The Fair Housing Initiatives Program (FHIP) funds non-profits and other fair housing organizations and currently provides funds to eligible organizations through competitive grants under several initiatives to carry out education and outreach and enforcement activities to prevent or eliminate discriminatory housing practices and to inform individuals of their rights and responsibilities under the Fair Housing Act (FHA). The Initiatives are: the Fair Housing

Organizations Initiative (FHOI), the Private Enforcement Initiative (PEI), and the Education and Outreach Initiative (EOI).  In addition, consistent with HUD appropriations directives, FHEO is publishing a separate NOFO for Test Coordinator Training under the Education and Outreach Initiative.

PEI provides funding to private, non-profit fair housing enforcement organizations that meet statutory requirements to conduct testing, investigate violations and obtain enforcement of the rights granted under the FHA or State or local laws that are substantially equivalent to the rights and remedies provided in the FHA. This NOFO announces the availability of $16,704,250 through the PEI Multi-Year Funding Component to fund new FY2023 grant awards. The PEI Multi-Year Component provides grants of up to $425,000 per year per grantee for a three-year duration, with future years' funding subject to appropriations.

This NOFO will accept applications for PEI only.  Please see the FHOI and EOI NOFOs for the additional FHIP funding opportunities.

## 2. HUD and Program-Specific Goals and Objectives

This NOFO supports HUD's Strategic Plan for Fiscal Years (FY) 2022-2026 to accomplish HUD's mission and vision. Each of the five goals in the Strategic Plan include what HUD hopes to accomplish, the strategies to accomplish those objectives, and the indicators of success. However, of the five goals only those applicable to this NOFO are identified below.

You are expected to align your application to the applicable strategic goals and objectives below. Use the information in this section to describe in your application the specific goals, objectives, and measures that your project is expected to help accomplish. If your project is selected for funding, you are also expected to establish a plan to track progress related to those goals, objectives, and measures. HUD will monitor compliance with the goals, objectives, and measures in your project.

**Applicable Goals and Objectives from HUD's Strategic Plan**

1. **Strategic Goal 1: Support Underserved Communities**
Fortify support for underserved communities and support equitable community development for all people.
2. **1A: Advance Housing Justice**
Fortify support for vulnerable populations, underserved communities, and Fair Housing enforcement.
3. **1B: Reduce Homelessness**
Strengthen Federal, State, Tribal, and community implementation of the Housing First approach to reducing the prevalence of homelessness, with the ultimate goal of ending homelessness.
4. **1C: Invest in the Success of Communities**
Promote equitable community development that generates wealth-building for underserved communities, particularly for communities of color.
5. **Strategic Goal 3: Promote Homeownership**
Promote homeownership opportunities, equitable access to credit for purchase and improvements, and wealth-building in underserved communities.
6. **3B: Create a More Accessible and Inclusive Housing Finance System**
Advance new policy, programs, and modernization initiatives that support a more equitable housing finance system. Promote the preservation and creation of affordable housing stock.

7. **4A: Guide Investment in Climate Resilience**
Invest in climate resilience, energy efficiency, and renewable energy across HUD programs.
8. **4B: Strengthen Environmental Justice**
Reduce exposure to health risks, environmental hazards, and substandard housing, especially for low-income households and communities of color.
9. **4C: Integrate Health and Housing**
Advance policies that recognize housing's role as essential to health.

Funding Opportunity GoalsFunds nonprofits and other fair housing organizations and currently provides funding to eligible organizations through competitive grants under several initiatives to carry out education and outreach and enforcement activities to prevent or eliminate discriminatory housing practices and inform individuals of their rights and responsibilities under the Fair Housing Act (FHA).

**3. Changes from Previous NOFO**

a. **Section I. A. 2. HUD and Program Specific Goals and Objectives** is in FY2023 NOFO Template Section I. A. 2., moved from HUD's Strategic Goals in the Summary Section in FY2022 Template.

b. **Section I. A. 4. a.** Standard Definitions. HUD's template for FY2023 adds Standard Definitions for the following:

1. Environmental Justice
2. Equity
3. Minority Serving Institution (MSIs)
4. Racial Equity
5. Underserved Communities

c. **Section III. F. Program Specific Requirements**

i. **Advancing Racial Equity.** HUD's template for fiscal year 2023 includes a requirement under Section III. F. that all applicants submit a narrative explaining how their proposed project activities will advance racial equity in accordance with Executive Order 13985.

ii. **Affirmative Marketing.** HUD's template for fiscal year 2023 includes a requirement under Section III. F. that all applicants demonstrate that the housing, services, or other benefits provided under the NOFO will be affirmatively marketed broadly throughout the local area and nearby areas to any demographic groups that would be unlikely or least likely to apply absent such efforts.

d. **Section III. G. 5. Training Funds.** The monetary amount of training funds set aside for HUD sponsored mandatory or approved training is increased under this NOFO from $5,000 to $7,500 per twelve-month grant period of performance. See Section III.G.5. for more information.

e. **Section IV. F. 6. Funding Restrictions - Limitations.** There is a limit of up to 15% of the total dollar amount awarded that can be used for education and outreach related activities to support PEI.

f. **Section IV. G. 1. Affirmatively Furthering Fair Housing.** HUD's template for FY2023 includes a requirement that all applicants discuss how they will carry out the proposed activities

in a manner that affirmatively furthers fair housing in compliance with the Fair Housing Act and its implementing regulations, and how they will meet the requirements of the definition of AFFH at 24 CFR 5.151.

g. **Section V. A. 2.  Preference Points.** Consistent with HUD's template for fiscal year 2023 this NOFO includes two (2) possible preference points per category for projects in a Promise Zone (PZ); for Environmental Justice (EJ) projects with an emphasis on equitable disaster recovery efforts in areas affected by disaster and/or in communities that have been historically marginalized and overburdened by pollution; and/or for projects conducted by or in partnership with Minority Serving Institutions (MSI). However, HUD may award no more than four (4) total preference points on a single NOFO for all preference categories.

h. **Section V. B. 3. Experience Promoting Racial Equity.** HUD's template for fiscal year 2023 includes a requirement for applicants to demonstrate that they have the experience and the resources necessary to effectively address the needs of underserved communities.

### 4. Definitions

a. Standard Definitions

**Affirmatively Furthering Fair Housing (AFFH)** means taking meaningful actions, in addition to combating discrimination to overcome patterns of segregation and foster inclusive communities free from barriers that restrict access to opportunity based on protected characteristics. Specifically, affirmatively furthering fair housing means taking meaningful actions that, taken together, address significant disparities in housing needs and in access to opportunities, replacing segregated living patterns with truly integrated and balanced living patterns, transforming racially and ethnically concentrated areas of poverty into areas of opportunity, and fostering and maintaining compliance with civil rights and fair housing laws. The duty to affirmatively further fair housing extends to all program participant's activities and programs relating to housing and urban development.

**Assistance Listing number** refers to the unique number assigned to each Federal assistance program publicly available in the Assistance Listing, which is managed and administered by the General Services Administration. The Assistance Listing number was formerly known as the Catalog of Federal Domestic Assistance (CFDA) number.

**Authorized Organization Representative (AOR)** is a person authorized to legally bind your organization and submit applications via Grants.gov. The AOR is authorized by the E-Business Point of Contact (E-Biz POC) in the System for Award Management (see E-Biz POC definition). An AOR may include an Expanded AOR and/or a Standard AOR.

> *Expanded Authorized Organization Representative* is a user in Grants.gov who is authorized by the E-Biz POC to perform the functions of a Standard AOR, initiate and submit applications on behalf of your organization, and is allowed to modify organization-level settings and certifications in Grants.gov.

> *Standard Authorized Organization Representative* is a user in Grants.gov who is authorized by the E-Biz POC to initiate and submit applications in Grants.gov. A Grants.gov user with the Standard AOR role can only submit applications when they are a Participant for that workspace.

**Consolidated Plan** is the document submitted to HUD that serves as the comprehensive housing affordability strategy, community development plan, and submission for funding under any of the Community Planning and Development formula grant programs (e.g., CDBG, ESG, HOME, and HOPWA. This Plan is prepared in accordance with the process described in 24 CFR part 91. This plan is completed by engaging in a participatory process to assess their affordable housing and community development needs and market conditions, and to make data-driven, place-based investment decisions with funding from formula grant programs. (See 24 CFR part 91 for HUD's requirements regarding the Consolidated Plan and related Action Plan).

**Contract** means, for the purpose of Federal financial assistance, a legal instrument by which a recipient or subrecipient purchases property or services needed to carry out the project or program under a federal award. For additional information on contractor and subrecipient determinations, see 2 CFR 200.331.

**Contractor** means an entity that receives a contract as defined above and in 2 CFR 200.1.

**Cooperative agreement** has the same meaning defined at 2 CFR 200.1.

**Deficiency**, with respect to the making of an application for funding, is information missing or omitted within a submitted application. Examples of deficiencies include missing documents, missing or incomplete information on a form, or some other type of unsatisfied information requirement. Depending on specific criteria, a deficiency may be either Curable or Non-Curable.

*A Curable Deficiency* is missing or incomplete application information that may be corrected by the applicant with timely action. To be curable, the deficiency must:

- Not be a threshold requirement, except for documentation of applicant eligibility;
- Not influence how an applicant is ranked or scored versus other applicants; and
- Be remedied within the time frame specified in the notice of deficiency.

*A Non-Curable Deficiency* is missing or incomplete application information that cannot be corrected by an applicant after the submission deadline. A non-curable deficiency is a deficiency that is a threshold requirement, or a deficiency that, if corrected, would change an applicant's score or rank versus other applicants. If an application includes a non-curable deficiency, the application may receive an ineligible determination, or the non-curable deficiency may otherwise adversely affect the application's score and final funding determination.

**E-Business Point of Contact (E-Biz POC)** is an organization applicant who is responsible for the administration and management of grant activities for his or her organization. The E-Biz POC is likely to be an organization's chief financial officer or authorizing official. The E-Biz POC authorizes representatives of their organization to apply on behalf of the organization (see Authorized Organization Representative definition). There can only be one E-Biz POC per unique entity identifier (see definition of Unique Entity Identifier below).

**Eligibility requirements** are mandatory requirements for an application to be eligible for funding.

**Environmental Justice** means investing in environmental improvements, remedying past environmental inequities, and otherwise developing, implementing, and enforcing laws and policies in a manner that advances environmental equity and provides meaningful involvement

for people and communities that have been environmentally underserved or overburdened, such as Black and Brown communities, indigenous groups, and individuals with disabilities. This definition does not alter the requirements under HUD's regulations at 24 CFR 58.5(j) and 24 CFR 50.4(l) implementing Executive Order 12898. E.O. 12898 requires a consideration of how federally assisted projects may have disproportionately high and adverse human health or environmental effects on minority and/or low-income populations. For additional information on environmental review compliance, refer to: https://www.hud.gov/program_offices/comm_planning/environment_energy/regulations.

**Equity** has the meaning given to that term in Section 2(a) of Executive Order 13985 and means the consistent and systematic fair, just, and impartial treatment of all individuals, including individuals who belong to underserved communities that have been denied such treatment, such as Black, Latino, and Indigenous and Native American persons, Asian Americans and Pacific Islanders and other persons of color; members of religious minorities; lesbian, gay, bisexual, transgender, and queer (LGBTQ+) persons; persons with disabilities; persons who live in rural areas; and persons otherwise adversely affected by persistent poverty or inequality.

**Federal Award**, has the meaning, depending on the context, in either paragraphs (1) or (2) of this definition:

(1)

(a) The Federal financial assistance that a recipient receives directly from a Federal awarding agency or a subrecipient receives indirectly from a pass-through entity, as described in 2 CFR 200.101; or

(b) The cost-reimbursement contract under the Federal Acquisition Regulations that a non- Federal entity receives directly from a federal awarding agency or indirectly from a pass- through entity, as described in 2 CFR 200.101.

(2) The instrument setting forth the terms and conditions. The instrument is the grant agreement, cooperative agreement, other agreement for assistance covered in paragraph (2) of the definitions of Federal financial assistance in 2 CFR 200.1, and this NOFO, or the cost-reimbursement contract awarded under the Federal Acquisition Regulations.

(3) Federal award does not include other contracts that a Federal agency uses to buy goods or services from a contractor or a contract to operate Federal Government owned, contractor operated facilities (GOCOs).

(4) See also definitions of Federal financial assistance, grant agreement, and cooperative agreement in 2 CFR 200.1.

**Federal Financial Assistance** has the same meaning defined at 2 CFR 200.1.
**Grants.gov** is the website serving as the Federal government's central portal for searching and applying for Federal financial assistance throughout the Federal government. Registration on Grants.gov is required for submission of applications to prospective agencies unless otherwise specified in this NOFO.

**Historically Black Colleges and Universities (HBCUs)** are any historically Black college or university that was established prior to 1964, whose principal mission was, and is, the education of Black Americans, and that is accredited by a nationally recognized accrediting agency or

association determined by the Secretary of Education to be a reliable authority as to the quality of training offered or is, according to such an agency or association, making reasonable progress toward accreditation. A list of accredited HBCUs can be found at the U.S. Department of Education's website.

**Minority-Serving Institutions (MSIs)** are

(1) a part B institution (as defined in 20 U.S.C. 1601);

(2) a Hispanic-serving institution (as defined in 20 U.S.C. 1101a(5));

(3) a Tribal College or University (as defined in 20 U.S.C. 1059c);

(4) an Alaska Native-serving institution or a Native Hawaiian-serving institution (as defined in 20 U.S.C. 1059d(b));

(5) a Predominantly Black Institution (as defined in 20 U.S.C. 1059e);

(6) an Asian American and Native American Pacific Islander-serving institution (as defined in 20 U.S.C. 1059g); or

(7) a Native American-serving nontribal institution (as defined in 20 U.S.C. 1059f).

**Non-Federal Entity (NFE)** means a state, local government, Indian tribe, Institution of Higher Education (IHE), or non-profit organization that carries out a federal award as a recipient or subrecipient.

**Primary Point of Contact (PPOC)** is the person who may be contacted with questions about the application submitted by the AOR. The PPOC is listed in item 8F on the SF-424.

**Racial Equity** is the elimination of racial disparities, and is achieved when race can no longer predict opportunities, distribution of resources, or outcomes – particularly for Black and Brown persons, which includes Black, Latino, indigenous, Native American, Asian, Pacific Islander, and other persons of color.

**Promise Zones (PZs)** are high poverty areas in select urban, rural and tribal communities designated from 2014-2016 where the federal government partners with local leaders to increase economic activity, improve educational opportunities, leverage private investment, reduce violent crime, enhance public health and address other priorities identified by the community. See Promise Zones.

**Recipient** means an entity, usually but not limited to non-Federal entities, that receives a federal award directly from HUD. The term recipient does not include subrecipients or individuals that are beneficiaries of the award.

**Resilience** is a community's ability to minimize damage and recover quickly from extreme events and changing conditions.

**Small business** is defined as a privately-owned corporation, partnership, or sole proprietorship that has fewer employees and less annual revenue than regular-sized business. The definition of "small"—in terms of being able to apply for government support and qualify for preferential tax policy—varies by country and industry. The U.S. Small Business Administration defines a small business according to a set of standards based on specific industries. See 13 CFR Part 121.

**Subaward** means an award provided by a pass-through entity to a subrecipient for the subrecipient to carry out part of a federal award received by the pass-through entity. It does not include payments to a contractor or payments to an individual that is a beneficiary of a Federal program. A subaward may be provided through any form of legal agreement, including an agreement that the pass-through entity considers a contract.

**Subrecipient** means an entity, usually but not limited to non-Federal entities, that receives a subaward from a pass-through entity to carry out part of a federal award but does not include an individual that is a beneficiary of such award. A subrecipient may also be a recipient of other federal awards directly from a federal awarding agency.

**System for Award Management (SAM)** is the Federal Repository into which an entity must provide information required for the conduct of business as a recipient. Registration with SAM is required for submission of applications via Grants.gov. You can access the website at https://www.sam.gov/SAM/. There is no cost to use SAM.

**Threshold Requirements** are eligibility requirements that must be met for an application to be reviewed, rated, and ranked. Threshold requirements are not curable, except for documentation of applicant eligibility, which are listed in Section III.D., Threshold Eligibility Requirements. Similarly, there are eligibility requirements under Section III.E., Statutory and Regulatory Requirements Affecting Eligibility.

**Underserved Communities** has the meaning given to that term in Section 2(b) of Executive Order 13985 and refers to populations sharing a particular characteristic, as well as geographic communities, that have been systematically denied a full opportunity to participate in aspects of economic, social, and civic life, as exemplified by the list in the definition of "equity" above.

**Unique Entity Identifier (UEI)** means the identifier assigned by SAM to uniquely identify business entities. As of April 4, 2022, the Federal government has transitioned from the use of the DUNS Number to the use of UEI, as the primary means of entity identification for Federal awards government-wide.

b. Program Definitions.

**Administrative Costs** are reasonable costs of overall program management, coordination, monitoring and evaluation.  Such costs include, but are not limited to, necessary expenditures for the following: (1) Salaries, wages, and related costs of the recipient's staff or other staff engaged in program administration; and (2) Providing or securing legal services, providing or securing financial management services such as accountants, consultants, sub-contractors, or others retained by the organization.

**Affiliate** is a business entity effectively controlling or controlled by another or associated with others under common ownership or control.

**Allegation** is a claim of a violation of a fair housing law in effect within the applicant's service area.

**Appraisal** is a valuation of property through an estimate or opinion of the value of a specified residential or commercial property made in a business context in connection with the sale, rental,

financing or refinancing of a dwelling or in connection with any activity that otherwise affect the availability of a residential real estate related transactions made by an authorized person.

**Broad-based** means not limited to a single fair housing issue (such as insurance, mortgage lending, or advertising), but rather covering more than one issue related to discrimination in the provision of housing covered under the Fair Housing Act.

**Complaint** is a filed fair housing complaint accepted by HUD or a Fair Housing Assistance Program  agency as jurisdictional, or a complaint filed in a state or federal court alleging violations of the Fair Housing Act.

**Fair Housing Act** is Title VIII of the Civil Rights Act of 1968, as amended by the Fair Housing Amendments Act of 1988 (42 U.S.C. 3601-3620).

**Fair Housing Assistance Program (FHAP) Agencies** as described in 24 CFR §115 are State and local fair housing enforcement government agencies that receive FHAP funds to administer laws deemed substantially equivalent to the Fair Housing Act.

**Fair Housing Enforcement Organization (FHO)** is an organization engaged in fair housing activities as defined in 24 CFR § 125.103.

**Full-service Projects** must provide services to members of all protected classes and include these enforcement-related activities in the project application: interviewing potential victims of discrimination; taking complaints; testing; evaluating testing results; conducting preliminary investigations; conducting mediation; conciliating; enforcing meritorious claims through litigation or referral to administrative enforcement agencies; and disseminating information about fair housing laws.

**Government Technical Monitor (GTM)** means the HUD individual who has been designated to provide technical monitoring, advice, and assistance, to aid the GTR in the technical and financial oversight and evaluation of the grantee's performance.

**Government Technical Representative (GTR)** means the HUD individual who is responsible for the technical administration of the grant, the evaluation of performance under the grant, the acceptance of technical reports or projects, and other such specific responsibilities as may be stipulated in the grant, and approval of payment.

**Intake** is a fair housing allegation contact/query received by a fair housing organization. Intake does not include inquiries unrelated to fair housing, including general housing, landlord/tenant or others. Intakes may be in-person or by phone, mail or email contact and documented through the fair housing organization's standard intake form or database entry. Information gathered at intake starts the fair housing process. Repetitive contacts from a single individual may not be counted as an additional intake unless the contact contains a new allegation or relates to a new respondent. Intakes do not include someone returning a non-enforcement related telephone call, a telemarketer calling the office, or incoming personal telephone calls.

**Jurisdiction** under the Fair Housing Act is established when the complaint is filed in a timely

manner; the complainant has apparent standing; the respondent and the dwelling involved (where the complaint involves a provision or denial of a dwelling) appear to be covered by the Fair Housing Act; and the subject matter and the basis of the alleged discrimination may constitute illegal practices as defined by the Fair Housing Act.

**Lending discrimination** means discriminatory practices against persons protected under the Fair Housing Act, in the mortgage process and includes actions that may violate the Fair Housing Act in the making, servicing, or purchasing of home loans or loans secured by a home. For instance, it includes – but is not limited to – the use of deceptive, misleading or discriminatory practices to sell services that promise foreclosure relief to homeowners, and the failure to deliver those services.

**Meritorious Claims** are enforcement activities by an organization that result in lawsuits, consent decrees, legal settlements, HUD and/or substantially equivalent agency (under 25 CFR 115.6) conciliations, or organization-initiated settlements, with the outcome of monetary awards for compensatory and/or punitive damages to plaintiffs or complaining parties, or other affirmative relief, including the provision of housing (24 CFR §125.103).

**Operating Budget** is an organization's total planned budget expenditures from all sources, including the value of in-kind and monetary contributions, in the period for which funding is requested.

**Partnership** is a collaboration with one or more identified agencies, task forces, FHAP organizations, or other groups to successfully realize the service or activity planned. A partnership may be formal and contractual with specific roles and deliverables defined, or less formal cooperation through volunteer efforts accomplished without a contract.

**Qualified Fair Housing Enforcement Organization (QFHO)** is an organization engaged in fair housing activities as defined in 24 CFR § 125.103.

**Referral** means referring to HUD or to a FHAP agency an intake, alleging possible violations of fair housing laws.

**Regional/Local/Community-Based Activities** are defined at 24 CFR §§125.301(a) and (d).

**Rural Areas** include any of the following:
    a. A non-urban place having fewer than 2,500 inhabitants (within or outside of the metropolitan areas).
    b. A county or parish with an urban population of 20,000 inhabitants or fewer.
    c. Territory, including its persons and housing units, in rural portions of "extended cities." The Census Bureau identifies the rural portions of extended cities.
    d. Open country that is not part of or associated with an urban area. The United States Department of Agriculture describes "open country" as a site separated by open space from any adjacent densely populated urban area. Open space includes undeveloped land, agricultural land, or sparsely settled areas, but does not include physical barriers (such as rivers and canals), public parks, commercial and industrial developments, small areas reserved for recreational purposes,

or open space set aside for future development.

    e. Any place in whole or in part, not located in a Metropolitan Statistical Area.

**Statement of Work (SOW)** is a document that describes all the tasks necessary to do the work of a project, including all the steps needed for good management control and specificity regarding work to be done and deliverables, dates and persons responsible for and/or assigned to such work, and provides a basis for mutual understanding of the requirements and tasks.

**Systemic Housing Investigation** is an investigation of alleged discrimination that is pervasive or institutional in nature, or where the collection and analysis of data to develop a complaint will involve complex issues, novel questions of fact or law, or will potentially affect large numbers of persons. Systemic investigations may focus not only on documenting facts involved in the alleged discriminatory housing practice that is the subject of the complaint; systemic investigations may also involve the identification of additional victims or the reviewing of policies and procedures related to matters under investigation to make sure that they also comply with the nondiscrimination requirements of the Fair Housing Act. Systemic investigations may include investigation of discrimination in rental, sales, lending, or homeowner's insurance practices and may include investigations into whether a HUD-funded entity has engaged in discriminatory practices or has failed to affirmatively further fair housing. Systemic investigations may be local, regional, or national in scope.

**Technical Evaluation Panel (TEP)** is a panel whose mission is to accomplish sound, impartial, and comprehensive evaluation of NOFO applications consistent with the NOFO. TEP members are selected from a diverse pool of evaluators, including HUD staff and outside (contract) individuals. Individuals are selected for TEP participation based on skill, background or expertise in areas which include but are not limited to fair housing experience, grant writing and evaluation expertise, strong analytical and writing skills, or education and outreach, civil rights or other related experience.

**Testing** is an investigative tool used to gather evidence. A test is a covert investigation by a QFHO or FHO involving one or more persons who initiate contact with a person or entity to gather information about housing policies, treatment and/or practices to compare with the requirements of fair housing laws or other civil rights laws. A test may involve comparing how persons similarly situated except for a protected characteristic are being treated.

**Underserved Areas** are areas where there are no FHIP or FHAP agencies and where either no public or private fair housing organizations exist, or the jurisdiction is not sufficiently served by one or more public or private fair housing organizations and there is a need for service.

**Underserved Populations** means groups of individuals who are:

    a. Persons of an immigrant population (especially racial and ethnic minorities who are non-English-speaking or have limited English proficiency);

    b. Persons living in a rural area, particularly minority groups in such areas;

    c. Persons who are experiencing homelessness or other housing instability;

    d. Persons with disabilities (physical or mental), particularly persons living in housing with one or more qualities of an institutional setting, persons leaving institutions, or persons at-risk of

institutionalization;

e. Persons in areas where there is inadequate protection and ability to provide fair housing services from a State or local government or private fair housing organization;

f.  Persons living in impoverished areas or experiencing persistent poverty or inequality, including historical wealth disparities as compared to majority groups;

g. Lesbian, gay, bisexual, transgender, and queer (LGBTQ+) persons, and particularly LGBTQ+ youth;

h. persons from low income backgrounds and/or persons systematically denied a full opportunity to participate in aspects of economic, social and civic life, including Black, Latino, Indigenous, Native American, Asian, Pacific Islander, and other, persons of color, members of religious groups, persons with disabilities, and other groups of federally protected class members experiencing housing discrimination; and

i. Due to the COVID-19 Pandemic, experiencing housing instability and/or whose access to opportunity has been exacerbated.

### B. Authority

1. FHIP is authorized by section 561 of the Housing and Community Development Act of 1987, as amended (42 U.S.C. 3616a).  The implementing regulations are found at 24 CFR part 125.

2. Funding for this NOFO is provided by the Consolidated Appropriations Act, 2023 (Public Law 117-328, approved December 29, 2022).

### II. AWARD INFORMATION

### A. Available Funds

Funding of approximately **$16,704,250** is available through this NOFO.

Additional funds may become available for award under this NOFO consistent with Section VI.A.2.e., Adjustments to Funding. Use of these funds is subject to statutory constraints. All awards are subject to the funding restrictions contained in this NOFO.

Funding of approximately $16,704,250 is available through this NOFO to fund new FY2023 grantees. The maximum funding amount for all new FY2023 grantees is $425,000 per year for three years subject to the availability of funds appropriated by Congress.

The remaining amount of approximately $24,195,750 will be used to fund continuing FY2022 (second year) and FY2021 (third year) PEI Multi-year (PEI-MY) grantees outside of this NOFO. The maximum funding amount for all second year FY2022 and third year FY2021 PEI-MY grantees is $425,000 subject to the availability of funds appropriated by Congress.

### B. Number of Awards

HUD expects to make approximately 39 awards from the funds available under this NOFO.

The number of awards made from funds available under this NOFO depends on the number of eligible applicants, and other factors. For information on the methodology used to make award determinations and the reallocation of funds under this NOFO, please see Section V. B. Review and Selection Process.

## C. Minimum/Maximum Award Information

The maximum and minimum funding amount listed for PEI Multi Year grants is per year for a thirty-six month (3 year) total project period of performance. Funding for the second and third years of this PEI Multi-Year (PEI-MY) Grant is subject to the availability of funds appropriated by Congress.

Estimated Total Funding:
$16,704,250
Minimum Award Amount:
$100,000
Per Project Period

Maximum Award Amount:
$425,000
Per Project Period

## D. Period of Performance

 Estimated Project Start Date:
04/30/2024
Estimated Project End Date:
04/30/2027
Length of Project Periods:
36-month project period and budget period

Length of Periods Explanation of Other:
The period of performance for PEI-MY Grants is 36-month total project and budget period of performance, consisting of three separate consecutive 12-month periods. All grant funds should be obligated within six months of award and must be expended within the specific time frames established in negotiations.

## E. Type of Funding Instrument

Funding Instrument Type:
G (Grant)
HUD will award a grant agreement to each applicant selected for an award. The grant agreement will set forth the relationship between HUD and the awardee, where the principal purpose is the transfer of funds, property, services, or anything of value to the awardee to accomplish an eligible public purpose.

The agreement will identify the eligible activities to be undertaken, financial controls, special conditions, reporting requirements including sub-recipient reporting requirements under the Federal Funding Accountability and Transparency Act of 2006, integrity requirements under Section 872 of the Duncan Hunter Defense Authorization Act of 2009 and will include consequences and sanctions for violations of the agreement. HUD will monitor progress to ensure that the awardee achieves the objectives set out in the agreement with the expected timeframes, as applicable. Failure to meet such objectives may be the basis for HUD determining the awardee to be in default of the grant agreement and for exercising available sanctions,

including suspension, termination, and/or recapture of funds. Additionally, HUD may refer violations or suspected violations to enforcement offices within HUD, the Department of Justice, or other enforcement authorities.

HUD will conduct monitoring reviews, request quarterly reports, and approve all proposed deliverables as documented in the applicant's Statement of Work (SOW).

## III. ELIGIBILITY INFORMATION

### A. Eligible Applicants

25 (Others (see text field entitled "Additional Information on Eligibility" for clarification))

**Additional Information on Eligibility**
Under this NOFO, an eligible applicant must be: (1) a Qualified Fair Housing Enforcement Organization (QFHO) with at least two years of experience in complaint intake, complaint investigation, testing for fair housing violations, and enforcement related experience of meritorious claims in the three years prior to filing this application; or (2) a Fair Housing Enforcement Organization (FHO) with at least one year of experience in the enforcement-related activities listed above during the two years prior to the filing of the application. If the applicant is neither a QFHO nor a FHO with the requisite experience, the organization is ineligible for funding through this NOFO. Both FHOs and QFHOs must currently conduct all the enforcement activities listed above and operate a full-service program. Applicants must complete Appendix B, "Certification for PEI Applicants," to certify QFHO or FHO status.

If an organization does not currently have sufficient experience to qualify as a FHO or QFHO (see 24 CFR §§ 125.103 and 125.401), the organization may be eligible to apply under FHIP's Education and Outreach Initiative (FR-6700-N-21-A), Tester Coordinator Training (FR-6700-N-71-A), and/or Fair Housing Organizations Initiative (FR-6700-N-21-B) NOFOs. Please see each corresponding NOFO for specific eligibility requirements.  If an applicant applies for both a PEI and FHOI Continuing Development Component (CDC) grant and receives an award for both, funding for the FHOI-CDC will be rescinded if a determination is made that the activities for both awards are exactly alike or similar.

Applicants must submit a separate complete application for each FHIP Initiative/component for which they apply.

Eligible Activities
Eligible activities include, but are not limited to: (1) intake of allegations of violations of the FHA, testing, evaluating testing results, and conducting other investigative work to provide a just resolution for violations of the FHA that may violate federal, state, or substantially equivalent local fair housing laws; (2) investigation of violations of the FHA through testing and other investigative methods including systemic investigations; (3) mediation or other voluntary resolution of allegations of violations of the FHA; and (4) litigation of fair housing cases, including procuring expert witnesses. Activities are eligible only in cases involving conduct prohibited by, or rights protected under, the FHA and/or substantially equivalent state or local fair housing laws.  Activities may include but are not limited to investigation into potential discrimination based on sexual orientation or gender identity; source of income in connection with a protected class; discrimination resulting from criminal history policies; or discrimination

in residential real estate related transactions, including appraisal and/or algorithmic bias. Evidence suggests that racial and ethnic biases have been contributing factors to the depressed values that appraisers in sale/purchase transactions assign to properties in majority Black and Latino neighborhoods. If discrimination is uncovered, activities may include enforcement actions. Applicants are encouraged to expand their service area to address fair housing enforcement needs in areas and for communities not currently served by an enforcement organization or agency. HUD will allow applicants under the PEI-MY funding component to modify their activities in the second or third year with the approval of the Government Technical Representative (GTR) and Government Technical Monitor (GTM) based upon changing demographics and/or need. All applicants must review Appendix A for guidance on the format that should be used to list the applicant's proposed tasks/activities. If an applicant reduces the overall number of activities or the overall complexity of the activities during negotiations or through future grant amendments, the grant award amount will be reduced.

Applicants will be required to verify section 501(c)(3) status in accordance with 24 CFR 5.109(l).

Faith-based organizations

(1) Faith-based organizations may apply for this award on the same basis as any other organization, as set forth at 24 CFR 5.109, and subject to the protections and requirements of 42 U.S.C. 2000bb et seq., HUD will not, in the selection of recipients, discriminate against an organization based on the organization's religious character, affiliation, or exercise.

(2) A faith-based organization that participates in this program will retain its independence and may continue to carry out its mission consistent with religious freedom and conscience protections in Federal law, including the Free Speech and Free Exercise Clauses of the Constitution, 42 U.S.C. 2000bb et seq., 42 U.S.C. 238n, 42 U.S.C. 18113, 42 U.S.C. 2000e-1(a) and 2000e-2(e), 42 U.S.C. 12113(d), and the Weldon Amendment, among others. Religious accommodations may also be sought under many of these religious freedom and conscience protection laws, particularly under the Religious Freedom Restoration Act.

(3) A faith-based organization may not use direct financial assistance from HUD to support or engage in any explicitly religious activities except where consistent with the Establishment Clause and any other applicable requirements. Such an organization also may not, in providing services funded by HUD, discriminate against a beneficiary or prospective program beneficiary on the basis of religion, religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

## B. Ineligible Applicants

HUD does not award grants to individuals. HUD will not evaluate applications from ineligible applicants, including those that do not meet the threshold, statutory and regulatory, or program eligibility requirements under III.D, E and F.

## C. Cost Sharing or Matching

This Program does not require cost sharing or matching.

## D. Threshold Eligibility Requirements

Applicants who fail to meet any of the following threshold eligibility requirements are deemed ineligible. Applications from ineligible applicants are not rated or ranked and will not receive HUD funding.

## 1. Resolution of Civil Rights Matters

Outstanding civil rights matters must be resolved before the application submission deadline. Applicants with unresolved civil rights matters at the application deadline are deemed ineligible. Applications from ineligible applicants are not rated or ranked and will not receive HUD funding.

a. An applicant is ineligible for funding if the applicant has any of the charges, cause determinations, lawsuits, or letters of findings referenced in subparagraphs (1) – (5) that are not resolved to HUD's satisfaction before or on the application deadline date for this NOFO.

(1) Charges from HUD concerning a systemic violation of the Fair Housing Act or receipt of a cause determination from a substantially equivalent state or local fair housing agency concerning a systemic violation of a substantially equivalent state or local fair housing law proscribing discrimination because of race, color, religion, sex (including sexual orientation and gender identity), national origin, disability or familial status;

(2) Status as a defendant in a Fair Housing Act lawsuit filed by the United States alleging a pattern or practice of discrimination or denial of rights to a group of persons raising an issue of general public importance under 42 U.S.C. 3614(a);

(3) Status as a defendant in any other lawsuit filed or joined by the Department of Justice, or in which the Department of Justice has intervened, or filed an amicus brief or statement of interest, alleging a pattern or practice or systemic violation of Title VI of the Civil Rights Act of 1964, Section 504 of the Rehabilitation Act of 1973, Section 109 of the Housing and Community Development Act of 1974, the Americans with Disabilities Act, Violence Against Women Act, or a claim under the False Claims Act related to fair housing, non-discrimination, or civil rights generally including an alleged failure to affirmatively further fair housing;

(4) Receipt of a letter of findings identifying systemic non-compliance with Title VI of the Civil Rights Act of 1964, Section 504 of the Rehabilitation Act of 1973, Section 109 of the Housing and Community Development Act of 1974; Violence Against Women Act; or the Americans with Disabilities Act; or

(5) Receipt of a cause determination from a substantially equivalent state or local fair housing agency concerning a systemic violation of provisions of a state or local law prohibiting discrimination in housing based on sexual orientation, gender identity, or lawful source of income.

b. HUD will determine if actions to resolve the charge, cause determination, lawsuit, or letter of findings taken before the application deadline date will resolve the matter. Examples of actions that may be sufficient to resolve the matter include, but are not limited to:

(1) Current compliance with a voluntary compliance agreement signed by all the parties;

(2) Current compliance with a HUD-approved conciliation agreement signed by all the parties;

(3) Current compliance with a conciliation agreement signed by all the parties and approved by the state governmental or local administrative agency with jurisdiction over the matter;

(4) Current compliance with a consent order or consent decree;

(5) Current compliance with a final judicial ruling or administrative ruling or decision; or

(6) Dismissal of charges.

**2. Timely Submission of Applications**

Applications submitted after the deadline stated within this NOFO that do not meet the requirements of the grace period policy are marked late. Late applications are ineligible and are not considered for funding. See Section IV. D. Application Submission Dates and Times.

**3. Minimum Score.** Applicants must receive a minimum Technical Evaluation Panel (TEP) score of 75 points, exclusive of preference points, to be considered for funding.

**4. Eligible Activities.** An applicant is ineligible for funding when the majority of the proposed activities are ineligible (more than 50%). In that event, HUD will not fund the application. HUD has the right to request information or documentation to clarify or confirm that activities are eligible fair housing activities.

**5. Suits Against the United States.** An applicant is ineligible for funding if, as a current recipient of FHIP funds (within the last 3 years), the organization used any funds provided by HUD for the payment of expenses in connection with litigation against the United States (24 CFR §125.104(f)).

**6. Other Litigation.** An applicant is ineligible for funding if the organization proposes in its current application or used funds provided by HUD (within the last 3 years) to fund or support the settlement of a claim, satisfy a judgment, or fulfill a court order in any defensive litigation (42 U.S.C. §3616a(i)).

Only applicants deemed eligible will be ranked and rated. Applicants that do not meet one or more of the Departmental or Program threshold requirements will not be eligible for funding.

### E. Statutory and Regulatory Requirements Affecting Eligibility

**Eligibility Requirements for Applicants of HUD's Financial Assistance Programs**
The following requirements affect applicant eligibility. Detailed information on each requirement is found in the "Eligibility Requirements for Applicants of HUD's Financial Assistance Programs" document on HUD's Funding Opportunities page.

- Universal Identifier and System for Award Management (SAM.gov) Requirements
- Outstanding Delinquent Federal Debts
- Debarments or Suspensions, or both
- Mandatory Disclosure Requirement
- Pre-selection Review of Performance
- Sufficiency of Financial Management System
- False Statements
- Prohibition Against Lobbying Activities

In addition, each applicant under this NOFO must have the necessary processes and systems in place to comply with the Award Term in Appendix A of <u>24 CFR part 170</u> if the applicant receives an award, unless an exception applies as provided in <u>2 CFR170.110</u>.

## F. Program-Specific Requirements

1. Applicants must be a Qualified Fair Housing Organization (QFHO) or a Fair Housing Organization (FHO) under 24 CFR 125.103.

2. The application must demonstrate that the applicant organization proposes a broad-based and full-service project (as defined under section I.A.4.b, Program definitions), or the application will be deemed ineligible. If the application has income restrictions for services, the application must identify these restrictions, and describe how individuals who fall outside the restrictions are being equally served and how that service is provided. If not provided, the applicant will be deemed ineligible.  HUD reserves the right to request proof of compliance if the applicant is selected for funding.

3. Fair Housing Related Activities. All the program related tasks/activities and costs within the SOW and budget must be fair housing related activities and **must demonstrate an explicit connection to the non-discrimination and affirmatively furthering fair housing provisions of the FHA**. HUD will not fund any portion of an application that is not eligible for funding under the regulatory requirements or that does not meet the requirements under this NOFO. Only the eligible portions of a successful application will be funded.

4. All grant recipients must comply with the U.S. Supreme Court's holding in *Bostock v. Clayton County*, 140 S. Ct. 1731 (2020), that the prohibitions against sex discrimination in the workplace contained in Title VII of the Civil Rights Act of 1964 extend to and include discrimination on the basis of sexual orientation and gender identity. Relying on this landmark decision, President Biden's Executive Order 13988 Preventing and Combating Discrimination on the Basis of Gender Identity and Sexual Orientation directs every federal agency to assess all agency actions taken under federal statutes that prohibit sex discrimination and to fully enforce those statutes to combat discrimination based on sexual orientation and gender identity. HUD's Office of General Counsel has concluded that the FHA's sex discrimination provisions are comparable to those of Title VII and that they likewise prohibit discrimination because of sexual orientation and gender identity. Accordingly, all FHIP-funded projects must address housing discrimination based on sexual orientation and gender identity.

5. Fair Housing Act/Protected Classes. All FHIP-funded projects must address housing discrimination based on race, color, religion, sex (including sexual orientation and gender identity), disability, familial status, and national origin and further the non-discrimination provisions of the FHA. All services and activities must be available to all protected class members. The application's proposed activities must reflect the commitment to address housing discrimination affecting members of all the above protected classes or the applicant is ineligible.

5. Eligibility of Successor Organizations for PEI. HUD recognizes that QFHOs and FHOs may merge with each other or other organizations. The merger of a QFHO or an FHO with a new organization with a separate Employer Identification Number (EIN) does not confer QFHO or FHO status upon the successor organization. To determine whether the successor organization meets eligibility requirements for this Initiative, HUD will look at

the enforcement-related experience of the successor organization (based upon the successor organization's EIN). The successor organization must establish in its application that it is a private, tax-exempt organization with the requisite two years of enforcement related experience for a QFHO or one year of experience for an FHO to be eligible to apply under the PEI Initiative. Under PEI, when QFHOs merge with another QFHO during the period of performance, HUD will look at the enforcement related experience of the merged organization to determine continued eligibility status as a QFHO. When QFHOs merge with an FHO with at least one year of experience, HUD will assess the eligibility of the new organization under the Multi-Year Funding Component. If HUD determines that the organization is eligible, then HUD will issue a new award agreement and require submission of a Code of Conduct for the new organization and an establishment of the new eLOCCS account. In addition, the new organization must secure a new Unique Entity Identifier number and have an active registration in SAM before HUD will make the award to the new organization or allow additional funds to be drawn. If the new organization cannot secure a new Unique Entity Identifier number or register in SAM, then the grant will be suspended and terminated.

6. Applicants that received FY2022 or FY2021 PEI-MY funding are ineligible to receive a new FY2023 PEI-MY award. Ineligible PEI-MY applicants may apply for and receive funding under other FHIP initiatives/component(s) if all funding restrictions are met. Applicants must submit a separate application for each component and/or initiative for which the applicant applies.

7. HUD will not fund an organization if the parent or its affiliate/subsidiary organization has an open grant (previously funded) under this same PEI component and will not fund both a parent organization and its affiliate/subsidiary organization under this NOFO for the same component. In addition, HUD will not allow affiliate and parent organization staff sharing protocols whereby the parent organization shares key staff with an affiliate(s). All funded organizations must be fully independent functional enforcement organizations, that is, able to conduct business on an on-going basis without support from parent or its staff to complete proposed program activities and set apart from parent organization.

8. A parent organization that is a QFHO or an FHO with a separate Employer Identification Number (EIN) does not confer QFHO or FHO status upon an affiliate organization. To determine whether the affiliate organization meets eligibility requirements for this Initiative, HUD will review the independent enforcement-related experience of the affiliate organization (based upon the organization's EIN). The affiliate organization, under that EIN must establish in its application that it is a private, tax-exempt organization with the requisite two years of enforcement related independent staff and organizational experience from that of the parent organization for a QFHO, or one year of independent staff and organization experience for an FHO, to be eligible for funding.

9. Co-applicants or members of a consortium are not eligible applicants under this NOFO.

10. All applicants must meet the eligibility requirements as defined in Section III. A.

11. Applicants must be a 501(c)(3) tax-exempt organization as determined by the Internal Revenue Service (IRS) prior to the application deadline date to be eligible for funding. Applications must include an IRS report showing 501(c)(3) status. If an applicant's 501(c)(3) status has expired prior to application deadline date, the application must show that the organization has applied for renewal of tax-exempt status and that the application is pending. If 501(c)(3) status has expired and there is no information regarding the

application for renewal in the organization's application at the deadline date, the applicant will be deemed ineligible. In addition, if an organization with a pending 501(c)(3) application is selected for a funding award based on the review and selection process, the applicant must provide proof that the 501(c)(3) renewal was approved prior to release of funding. If the applicant's pending application for renewal is subsequently denied, the applicant's organization will be deemed ineligible, and the award selection will be rescinded. Further, all applicants must maintain 501(c)(3) status throughout the grant period.

12. Fund Request exceeding the Maximum Amount. Applicants may not request funding over the maximum amount allowed under the initiative or component for which they have applied, or the applicant will be deemed ineligible.

13. Inconsistencies in the Requested Amount or Miscalculations. Inconsistencies in the requested amount and/or miscalculations that result in amounts over the maximum award amount will be considered excessive, and the application will be deemed ineligible.

14. Prior Performance Rating. An organization is deemed ineligible for funding under this NOFO if it received a "poor" rating on its most recent performance assessment on a prior FHIP grant for any initiative/component.  The organization will remain ineligible for a period of one year after the NOFO closure date unless the organization provides evidence that the rating was overturned through an appeal or that another resolution was accepted by the Government Technical Representative/Government Technical Monitor (GTR/GTM) to improve future performance.  In addition, if a "poor" performance rating on another FHIP grant is received after being selected or after receipt of funding under this NOFO, all remaining FHIP grant funds received under this NOFO will be rescinded and the organization will be deemed ineligible.  The organization will remain ineligible for a period of 1 year after receipt of the "poor" performance rating unless the organization provides evidence that the rating was overturned through an appeal or that another resolution was accepted by the GTR/GTM to improve future performance.

15. Research/Survey Activities. Applicants are ineligible for funding if their project is aimed solely at research or data gathering. If a successful application contains research and activities, only the eligible portions of the application will be funded. In addition, proposed surveys must be approved by HUD and the OMB under the Paperwork Reduction Act before the application submission, or the activity is deemed ineligible.

16. Applicants and recipients are required to submit assurances of compliance with federal civil rights requirements.  *See, e.g.,* Title VI of the Civil Rights Act of 1964, Title IX of the Education Amendments Act of 1972, Section 504 of the Rehabilitation Act of 1973, and the Age Discrimination Act of 197; *see also* 24 C.F.R. §§ 1.5; 3.115; 8.50; and 146.25.  HUD accepts these assurances in the form of the SF-424B and SF-424D, which also require compliance with all general federal nondiscrimination requirements in the administration of the grant.

17. Funding awarded under this grant must be used for the specific activities applied for under this PEI NOFO only.  Funded applicants may not co-mingle funds to support other FHIP grant activities.

**Advancing Racial Equity**

In accordance with Executive Order 13985, *Executive Order On Advancing Racial Equity and Support for Underserved Communities Through the Federal Government*, and federal fair housing and civil rights laws, you must submit a narrative demonstrating the following:

- You analyzed the racial composition of the persons or households who are expected to benefit from your proposed grant activities;
- You identified any potential barriers to persons or communities of color equitably benefiting from your proposed grant activities;
- You detailed the steps you will take to prevent, reduce or eliminate these barriers; and
- You have measures in place to track your progress and evaluate the effectiveness of your efforts to advance racial equity in your grant activities.

Note that any actions taken in furtherance of this section must be consistent with federal nondiscrimination requirements.

As an attachment to the application applicants must submit a separate narrative no more than one page in length entitled "Advancing Racial Equity Narrative" that addresses the four bullets listed above. If the Narrative is not included or is insufficient it will be deemed a curable deficiency which the applicant will have the opportunity to correct.

**Affirmative Marketing**

You must demonstrate in your application that the housing, services, or other benefits provided under this grant will be affirmatively marketed broadly throughout the local area and nearby areas to any demographic groups that would be unlikely or least likely to apply absent such efforts. Such demographic groups may include, for example, Black and Brown persons or communities, individuals with limited English proficiency, individuals with disabilities, or families with children. Such activities may include outreach through community contacts or service providers or at community centers serving the target population; and marketing on websites, social media channels, television, radio, and print media serving local members of the targeted group. Documentation for this factor consists of a narrative describing the activities that will fulfill the factor requirements. This requirement is addressed in Rating Factor 2.

**G. Criteria for Beneficiaries.**

**1. Single Audit Requirement.**  All applicants who have expended $750,000 or more in Federal financial assistance within a single year (this can be a program or fiscal year) must be audited in accordance with the requirements as established in 2 CFR Part 200.501. If an applicant receives $750,000 or more in Federal financial assistance, the applicant's application must set aside funds to complete the audit.

**2. Independence of Awards.** The application submitted must be independent and capable of being implemented without reliance on other applications, or other grantees(s), including staff sharing protocols of key staff. Applicants applying under one of the FHIP Initiatives may not use the performance (e.g., performance review rating or successfully completed activities) of another organization to meet the requirements of Rating Factor 1.

**3. Testing Requirements.**  If funded, during negotiations each applicant must provide a copy of its organization's written policy demonstrating that the organization's policies comply with the FHIP Regulation at 24 CFR 125.107. In addition, applicants should be prepared to adopt policies

and practices that include a minimal criminal background check for potential testers which will ensure compliance with 24 CFR 125.107 and encourage access to HUD programs for people who may have criminal histories who are not a threat to the health and safety of neighborhoods; and must require that potential testers certify under penalty of perjury that they meet the requirements under that section. All costs for background checks should be included in the applicant's budget.

4. **Review and Approval of Testing Training Materials.** If funded, during negotiations, HUD may require the applicant to submit copies of these documents to HUD for review:

    (1) All training materials to be provided for tester training; and

    (2) Other forms, protocols, cover letters, etc., used in the conduct of testing and reporting of results.

5. **Training Funds.** The applicant's proposed budget must set aside $7,500 annually to be utilized to participate in HUD sponsored mandatory or approved training, to include but is not limited to training related to appraisal and/or algorithmic bias and discrimination resulting from criminal records policy when such discrimination may violate the FHA and/or substantially equivalent state or local fair housing laws. Under the PEI-MY component, the proposed budget must set aside $7,500 annually for a 36-month duration subject to availability of appropriations. Do not specify amounts over $7,500 for this training set aside requirement under the applicant's budget submission.

If an applicant is awarded more than one FHIP grant (under more than one initiative/component), HUD reserves the right to examine the requested training needs. If additional training funds are not needed, HUD reserves the right to transfer funds back to fair housing activities during negotiations. Failure to use the funds for training and/or fair housing activities will result in grantee returning funds to the Department.

If an applicant is a successful grantee on more than two awards, applicant will not be permitted to set aside more than $15,000 per year during the grant period of performance for training purposes. Any amount in excess of $15,000 per annum for a single grantee for training purposes as a result of multiple awards will be reduced by the GTR/GTM during negotiations, and the excess funds transferred back to fair housing activities. In addition, the $7,500 annual training funds set aside must either be expended, or the grantee must have a clearly established plan to expend the funds, by the end of the third quarter of the grant period of performance. HUD reserves the right to require the return to Treasury of any training funds not expended or subject to a clearly established plan for expenditure by the third quarter of the grant period of performance.

6. **Closeout.** Closeout should be undertaken as specified in 2 CFR § 200.344.

## IV. APPLICATION AND SUBMISSION INFORMATION

### A. Obtain an Application Package

**Instructions for Applicants**

All application materials, including the Application Instructions and Application Package, are available through Grants.gov. You must access and review all available application materials. You must submit your application electronically via Grants.gov under the Funding Opportunity

Number cited within this NOFO. Your application must list the applicable Funding Opportunity Number.

You can request a waiver from the requirement for electronic submission, if you demonstrate good cause. An example of good cause may include: a lack of available Internet access in the geographic area in which your business offices are located. However, lack of SAM registration or valid UEI is not a good cause. If you cannot submit your application electronically, you must ask in writing for a waiver of the electronic grant submission requirements. HUD will not grant a waiver if you fail to submit to HUD in writing or via email a request for a waiver at least 15 calendar days before the application deadline. If HUD grants a waiver, a paper application must be received before the deadline for this NOFO. To request a waiver, you must contact:

Name:

Stephanie Thomas

Email:

Stephanie.W.Thomas@hud.gov

HUD Organization:

FHEO

Street:

451 7th Street, SW

City:

Washington

State:

DC DISTRICT OF COLUMBIA

Zip:

20410

All waiver requests will be submitted to FHEO's Assistant Secretary or designee for a final determination. If you are granted a waiver, the notification will provide instructions on where to submit the application and how many paper copies are required. If you receive a waiver of the electronic application submission requirement, your paper copy application must be received by HUD in Room 5222B no later than 4:30 PM Eastern Standard Time on the application deadline date. When delivering a paper copy, please allot time to adhere to HUD Headquarters visitor policies and requirements to assure your application is timely submitted. All applications must meet the NOFO application submission deadline. HUD applications are scanned. The scanning facility at HUD Headquarters closes at 5:00 PM Eastern Standard Time. Applicants must allow adequate time for the application to be scanned through this facility. Applications not received in Room 5222B by 4:30 PM Eastern Standard Time on the deadline date shall be deemed ineligible. There is no grace period for paper application submissions.

HUD will not accept a paper application without a waiver being granted; such paper applications will be returned to sender.

We advise you send your application via a courier that provides a receipt of delivery. In addition, you will receive a confirmation (via HUD 2993 Form) of HUD's receipt, but this HUD receipt may not come before the submission deadline.

**B. Content and Form of Application Submission**

You must verify that boxes 11, 12, and 13 on the SF-424 match the NOFO for which you are applying. If they do not match, you have downloaded the wrong Application Instruction and Application Package.

Submission of an application that is otherwise sufficient, under the wrong Assistance Listing and Funding Opportunity Number is a Non-Curable Deficiency, unless otherwise stated under the Threshold requirements section.

**1. Content**

| Forms/Assurances/Certifications | Submission Requirement | Notes/Description |
|---|---|---|
| Application for Federal Assistance (SF-424) | This form is required. | Review section IV.B.2. of this NOFO for detailed submission requirements |
| Applicant and Recipient Assurances and Certifications (HUD 424-B) | This form is required. | Review section IV.B.2. of this NOFO for detailed submission requirements |
| Applicant/Recipient Disclosure/Update Report (HUD 2880) | This form is required. | Review section IV.B.2. of this NOFO for detailed submission requirements |
| Disclosure of Lobbying Activities (SF-LLL) | Review section IV.G. of this NOFO for detailed submission requirements. | Federally recognized Indian tribes and tribally designated housing entities (TDHEs) established by federally recognized Indian tribes as a result of the exercise of the tribe's sovereign power are excluded from coverage of the Byrd Amendment, but state-recognized Indian tribes and TDHEs established only under state law shall comply with this requirement. |
| Certification of Lobbying Activities | This form is required. | |
| Race and Ethnicity Data Reporting Form | Form HUD 27061 | Required Form |
| Budget Information | Form HUD 424-CBW Grant Application | Required Form. |

| Forms/Assurances/Certifications | Submission Requirement | Notes/Description |
|---|---|---|
| | Detailed Budget Worksheet | |
| Certificate of Consistency with Promise Zone Goals and Implementation | Form HUD 50153 | This form is required **if** the applicant would like to apply for Promise Zone preference points. |
| SF-424B Assurances, Non-Construction | Required Form | |

Additionally, your complete application must include the following narratives and non-form attachments.

    a. Submit separate narrative responses to Rating Factors 1-4 criteria for each factor as described in Section V. Application Review Information.

    b. Project Abstract (required) – Applicants may use the Appendix C Sample or a similar format to submit the required Project Abstract information which includes:

        i. Initiative and Component applied for,

        ii. Amount of funding requested,

        iii. Statement identifying whether the organization is a new FHIP applicant,

        iv. Grant purpose,

        v. Activities to be performed,

        vi. Expected outcomes,

        vii. Intended beneficiaries, and

        viii. Subrecipient activities or a statement that applicant does not intend to use subawards.

    c. SOW Narrative and SOW Chart (see Appendix A for sample chart).

    d. Budget Narrative and Form Grant Application Detailed Budget Worksheet (HUD 424-CBW)

    e. Rating Factor lists or charts required under Section V. of this NOFO.

    f. Completed Appendix B, PEI Eligibility Certification, submitted as a part of your application.

    g. Advancing Racial Equity Narrative.

Furthermore, all applicants must read and adhere to the Initiative and Component specific submission requirements under Section III. Eligibility. Applicants must submit a separate complete electronic application for each Initiative and Component for which the applicant applies. All applications must be submitted and received on or before the deadline date.

**2. Format and Form**
Narratives and other attachments to your application must follow the following format guidelines. Do not submit password protected or encrypted files.

10 Pages maximum length of narratives

Double spaced 12-point (minimum) Times Roman font on letter sized paper (8 1/2 x 11 inches) with at least 1-inch margins on all sides

a. The maximum length of the narrative response is 10 pages for each separate Rating Factor. Points may be deducted for a narrative response exceeding the 10-page limit.  HUD will not read materials in excess of the 10-page limit, except for materials expressly excluded from the page limits by the terms of this NOFO. Applicants may submit fewer pages if desired. The narrative pages must be double-spaced, including all text, titles and headings. Failure to provide narrative responses to Rating Factors 1-4 or omitting requested information will result in less than the maximum points available for the given rating factor or sub-factor.
b. The following items do not count towards the 10-page maximum: SOW and Budget Chart and information, and required Rating Factor lists or charts.


## C.  System for Award Management (SAM) and Unique Entity Identifier (UEI)

**1. SAM Registration Requirement**
You must register with https://www.sam.gov/before submitting their application. You must maintain current information in SAM on immediate and highest-level owner and subsidiaries, as well as on all predecessors that have been awarded a federal contract or grant within the last three years, if applicable. Information in SAM must be current for all times during which you have an active Federal award or an application or plan under consideration by HUD.


**2. UEI Requirement**
As of April 4, 2022, entities doing business with the federal government must use the UEI created in SAM.gov. Also, you must provide a valid UEI, registered and active at www.sam.gov/ in the application. For more information, see: https://www.gsa.gov/about-us/organization/federal-acquisition-service/office-of-systems-management/integrated-award-environment-iae/iae-systems- information-kit/unique-entity-identifier-update.


**3. Requirement to Register with Grants.gov**
Anyone planning to submit applications on behalf of an organization must register at Grants.gov and be approved by the E-Biz POC in SAM to submit applications for the organization. Registration for SAM and Grants.gov is a multi-step process and can take four (4) weeks or longer to complete if data issues arise. Applicants without a valid registration cannot apply through Grants.gov. Complete registration instructions and guidance are provided on Grants.gov.

### D. Application Submission Dates and Times

**1. Application Due Date Explanation**

The application deadline is 11:59:59 PM Eastern time on

12/18/2023
Submit your application to Grants.gov unless a waiver has been issued allowing you to submit a paper application. Instructions for submitting your paper application will be contained in the waiver of electronic submission.

"Received by Grants.gov" means the applicant received a confirmation of receipt and an application tracking number from Grants.gov. Grants.gov then assigns an application tracking number and date-and timestamp each application upon successful receipt by the Grants.gov system. A submission attempt not resulting in confirmation of receipt and an application tracking number is not considered received by Grants.gov.

Applications received by Grants.gov must be validated by Grants.gov to be received by HUD.

"Validated by Grants.gov" means the application has been accepted and was not rejected with errors. You can track the status of your application by logging into Grants.gov, selecting "Applicants" from the top navigation, and selecting "Track my application" from the dropdown list. If the application status is "rejected with errors," you must correct the error(s) and resubmit the application before the 24-hour grace period ends. Applications in "rejected with errors" status after the 24-hour grace period expires will not be received by HUD. Visit Grants.gov for a complete description of processing steps after applying.

HUD strongly recommends you submit your applications at least **48 hours before the deadline** and during regular business hours to allow enough time to correct errors or overcome other problems.

**2.  Grants.gov Customer Support**

Grants.gov provides customer support information on its website at [https://www.grants.gov/web/grants/support.html](https://www.grants.gov/web/grants/support.html). If you have difficulty accessing the application and instructions or have technical problems, contact Grants.gov customer support center by calling (800) 518-GRANTS (this is a toll-free number) or by sending an email to [support@grants.gov.](mailto:support@grants.gov)The customer support center is open 24 hours a day, seven days per week, except Federal holidays. Individuals who are deaf or hard of hearing, or who have speech and other communication disabilities may use a relay service to reach Grants.gov Customer Support. To learn more about how to make an accessible telephone call, visit the [webpage for Federal Communications Commission](#).

**3.  Grants.gov Application Submission**

You can verify the contents of your submitted application to confirm Grants.gov received everything you intended to submit. To verify the contents of your submitted application:

- Log in to Grants.gov.
- Click the Check Application Status link, which appears under the Grant Applications heading in the Applicant Center page. This will take you to the Check Application Status page.

- Enter search criteria and a date range to narrow your search results.
- Click the Search button. To review your search results in Microsoft Excel, click the Export Data button.
- Review the Status column. To view more detailed submission information, click the Details link in the Actions column.
- To download the submitted application, click the Download link in the Actions column.

Take note of the Grants.gov tracking number, as it is needed by the Grants.gov customer support center should you seek their assistance.

HUD may extend the application deadline for any program if Grants.gov is offline or not available to applicants for at least 24 hours immediately prior to the deadline date, or the system is down for 24 hours or longer and impacts the ability of applicants to cure a submission deficiency within the grace period.

HUD may also extend the application deadline upon request if there is a presidentially declared disaster in the applicant's area.

If these events occur, HUD will post a notice on its website establishing the new, extended deadline for the affected applicants. HUD will also publish the extension on Grants.gov.

In determining whether to grant a request for an extension based on a presidentially declared disaster, HUD will consider the totality of the circumstances including the date of an applicant's extension request (how closely it followed the basis for the extension), whether other applicants in the geographic area are similarly affected by the disaster, and how quickly power or services are restored to enable the applicant to submit its application.

**NOTE:** Busy servers, slow processing, large file sizes, improper registration

or password issues are not valid circumstances to extend the deadline dates or the grace period.

### 4. Amending or Resubmitting an Application

Before the submission deadline, you may amend a validated application through Grants.gov by resubmitting a revised application containing the new or changed material. The resubmitted application must be received and validated by Grants.gov by the applicable deadline.

If HUD receives an original and a revised application for a single proposal, HUD will evaluate only the last submission received by Grants.gov before the deadline.

### 5. Grace Period for Grants.gov Submissions

If your application is received by Grants.gov before the deadline, but is rejected with errors, you have a grace period of 24 hours after the application deadline to submit a corrected, received, and validated application through Grants.gov. The date and time stamp on the Grants.gov system determines the application receipt time. Any application submitted during the grace period but not received and validated by Grants.gov will not be considered for funding. There is no grace period for paper applications.

### 6. Late Applications

An application received after the NOFO deadline date that does not meet the Grace Period requirements will be marked late and will not be reviewed by HUD for funding

consideration. Improper or expired registration and password issues are not sufficient causes to allow HUD to accept applications after the deadline date.

**7. Corrections to Deficient Applications**

HUD will not consider information from applicants after the application deadline except for curable deficiencies.

HUD will uniformly notify applicants of each curable deficiency. See curable deficiency definition in section I.A of this NOFO. Examples of curable (correctable) deficiencies include inconsistencies in the funding request and failure to submit required certifications. These examples are non-exhaustive.

When HUD identifies a curable deficiency, HUD will notify the authorized organization representative identified on the SF-424 Application for Federal Assistance via email. This email is the official notification of a curable deficiency.

You must email corrections of Curable Deficiencies to applicationsupport@hud.gov within the time limits specified in the notification. The time allowed to correct deficiencies will be no less than 48 hours and no more than 14 calendar days from the date of the email notification. The start of the cure period will be the date stamp on the email sent from HUD. If the deficiency cure deadline date falls on a Saturday, Sunday, Federal holiday, or on a day when HUD's Headquarters are closed, then the applicant's correction must be received on the next business day HUD Headquarters offices in Washington, DC are open.

The subject line of the email sent to applicationsupport@hud.gov must state: Technical Cure and include the Grants.gov application tracking number or the GrantSolutions application number (e.g., Subject: Technical Cure - GRANT123456 or Technical Cure - XXXXXXXXXXX). If this information is not included, HUD cannot match the response with the application under review and the application may be rejected due to the deficiency.

Corrections to a paper application must be sent in accordance with and to the address indicated in the notification of deficiency. HUD will treat a paper application submitted in accordance with a waiver of electronic application containing the wrong UEI as having a curable deficiency. Failure to correct the deficiency and meet the requirement to have a UEI and active registration in SAM will render the application ineligible for funding.

**8. Authoritative Versions of HUD NOFOs**

The version of this NOFO posted on Grants.gov includes the official documents HUD uses to solicit applications.

**9. Exemptions**

Parties that believe the requirements of the NOFO would impose a substantial burden on the exercise of their religion should seek an exemption under the Religious Freedom Restoration Act (RFRA).

**E. Intergovernmental Review**

This program is not subject to Executive Order 12372, Intergovernmental Review of Federal Programs.

### F. Funding Restrictions

1. **Retainer Fees.** FHIP recipients are under specific restrictions regarding establishment of retainer agreements and recovery of legal fees from HUD-funded cases. Data on fees, settlements, and verdicts are matters of public record. Awardees must provide this information to HUD annually. Neither the grantee nor the individual(s) on whose behalf any action is filed can request that HUD waive these provisions.

2. **Reimbursement Requirement.** Grantee must reimburse the Federal government the amount of the grant from all financial settlements, conciliations, and agreements reached because of the use of FHIP funds. With prior approval from the HUD GTR, grantee may choose to use the funds as program income to further fair housing activities rather than returning these funds to HUD.

3. **Performance Standards.** Applicants must maintain an annual performance assessment rating from the FHIP HUD GTR as "good" or funding may be reduced until performance issues are resolved, and if unresolved, HUD has a right to rescind funding.

4. **Number of Awards.** An organization may not receive more than one award under a single component. This restriction includes organizations with separate EIN's that apply separately for funding under a single component but identify more than one of the same direct personnel and/or key staff for both organizations (i.e. key staff sharing). FHIP will fund only one organization. This restriction ensures FHIP's commitment to continued program integrity by eliminating double payments under a single component to an organization or individuals. This restriction includes but is not limited to any organization affiliate, associate, subsidiary, or other organizations that engage in direct personnel and/or key staff sharing protocols.

5. **Funding.** Grantees must use FHIP PEI funds only for those activities funded under their grant agreement for this NOFO.

6. **Limitations for Education and Outreach.** Under this PEI NOFO, there is a limit of 15 percent of the total dollar amount awarded allowed for education and outreach related activities that support PEI. If the limit is exceeded, points will be deducted in the rating process and if awarded, funds will be adjusted to comply with the required limitation.

7. **Administrative Costs.** Salaries, fringe benefits, and other administrative costs charged against the project or a program element for the sole purpose of administering the grant agreements shall not exceed 10% of the annual grant award points (Federal and cost share). One hundred percent of the salaries and fringe benefits related to these functions are considered administrative costs. Examples of administrative costs include but are not limited to: preparation and submission of grant applications, fiscal tracking of grants funds, maintaining project files and performance measures, collection and submission of deliverables, accounting staff wages and benefits, building rent, consulting expenses, management wages and benefits (such as Executive Director and support staff), depreciation of office equipment, insurance, legal staff wages and benefits, and office supplies. Building rent is eligible only under the following conditions: the rent must be for existing facilities not requiring rehabilitation or construction except for minimal alterations to make the facilities accessible for a person with disabilities; no repairs or renovations of the property may be undertaken with funds under this NOFO; and properties in the Coastal Barrier Resources System designated under the Coastal Barrier Resources Act (16 U.S.C. 3501) cannot be leased or rented with federal funds. Non-administrative Costs. Salaries and fringe benefits related to the implementation of the

project or program element of the grant agreement are not considered administrative costs. For example, the salaries and fringe benefits for technical staff to conduct work to accomplish specific Fair Housing goals as outlined in the program or project elements are not administrative costs.

**Indirect Cost Rate**

Normal indirect cost rules under 2 CFR part 200, subpart E apply. If you intend to charge indirect costs to your award, your application must clearly state the rate and distribution base you intend to use. If you have a Federally negotiated indirect cost rate, your application must also include a letter or other documentation from the cognizant agency showing the approved rate. Successful applicants whose rate changes after the application deadline must submit the new rate and documentation to assure the award agreement incorporates the applicable rate.

Applicants other than state and local governments. If you have a Federally negotiated indirect cost rate, your application must clearly state the approved rate and distribution base and must include a letter or other documentation from the cognizant agency showing the approved rate. If your organization does not have a current negotiated rate (including provisional rate) and elects to use the de minimis rate, your application must clearly state you intend to use the de minimis rate of 10% of Modified Total Direct Costs (MTDC), as defined at 2 CFR 200.1. Costs must be consistently charged as either indirect or direct costs but may not be double charged or inconsistently charged as both, as described in 2 CFR 200.403. Once elected, the de minimis rate must be applied consistently for all Federal awards until the organization chooses to negotiate a rate, which the organization may apply to do at any time. Documentation of the decision to use the de minimis rate must be retained on file for audit.

State and local governments. If your department or agency unit has a Federally negotiated indirect cost rate, your application must include that rate, the applicable distribution base, and a letter or other documentation from the cognizant agency showing the negotiated rate. If your department or agency unit receives more than $35 million in direct Federal funding per year, you may not claim indirect costs until you receive a negotiated rate from your cognizant agency for indirect costs as provided in Appendix VII to 2 CFR part 200.

If your department or agency unit receives no more than $35 million in direct Federal funding per year and your department or agency unit has developed and maintains an indirect cost rate proposal and supporting documentation for audit in accordance with 2 CFR Part 200, Appendix VII, you may use the rate and distribution base specified in that indirect cost rate proposal.

Alternatively, if your department or agency unit receives no more than $35 million in direct Federal funding per year and does not have a current negotiated rate (including provisional) rate, you may elect to use the de minimis rate of 10% of MTDC. As described in 2 CFR 200.403, costs must be consistently charged as either indirect or direct costs but may not be double charged or inconsistently charged as both. Once elected, the de minimis rate must be applied consistently for all Federal awards until your department or agency chooses to negotiate for a rate, which you may apply to do at any time. Documentation of the decision to use the de minimis rate must be retained on file for audit.

Statutory or regulatory restrictions apply ONLY if a statute or regulation imposes restrictions that are different from the indirect cost rate requirements in 2 CFR 200.

### G. Other Submission Requirements

**1. Standard Application, Assurances, Certifications and Disclosures**

**Standard Form 424 (SF-424) Application for Federal Assistance**

The SF-424 is the government-wide form required to apply for Federal assistance programs, discretionary Federal grants, and other forms of financial assistance programs. You must complete and submit the form with the other required forms and information as directed in this NOFO.

By signing the forms in the SF-424 either through electronic submission or in paper copy submission (for those granted a waiver), you and the signing authorized organization representative affirm that you both have reviewed the certifications and assurances associated with the application for Federal assistance and (1) are aware the submission of the SF-424 is an assertion that the relevant certifications and assurances are established and (2) acknowledge that the truthfulness of the certifications and assurances are material representations upon which HUD will rely when making an award to the applicant. If it is later determined the signing authorized organization representative to the application made a false certification or assurance, caused the submission of a false certification or assurance, or did not have the authority to make a legally binding commitment for the applicant, the applicant and the individual who signed the application may be subject to administrative, civil, or criminal action. Additionally, HUD may terminate the award to the applicant organization or pursue other available remedies. Each applicant is responsible for including the correct certifications and assurances with its application submission, including those applicable to all applicants, those applicable only to Federally recognized Indian tribes, or Alaskan native villages and those applicable to applicants other than Federally recognized Indian tribes, or Alaskan native villages.

**Assurances (HUD 424-B)**

By submitting your application, you provide assurances that, if selected to receive an award, you will comply with U.S. statutory and other requirements, including, but not limited to civil rights requirements. All recipients and subrecipients of the award are required to submit assurances of compliance with federal civil rights requirements. *See, e.g.,* Title VI of the Civil Rights Act of 1964, Title IX of the Education Amendments Act of 1972, Section 504 of the Rehabilitation Act of 1973, Violence Against Women Act, and the Age Discrimination Act of 1975; *see also* 24 C.F.R. §§ 1.5; 3.115; 8.50; and 146.25. HUD accepts these assurances in the form of the HUD 424-B, which also require compliance with HUD Reform Act requirements and all general federal nondiscrimination requirements in the administration of the federal assistance award.

**Applicant Disclosure Report Form 2880 (HUD 2880)**

The form HUD 2880 is required if you are applying for assistance within the jurisdiction of HUD to any project subject to Section 102(d) of the HUD Reform Act. Assistance is provided directly by HUD to any person or entity, but not to subrecipients. It includes assistance for the acquisition, rehabilitation, operation, conversion, modernization, renovation, or demolition of any property containing five or more dwelling units that is to be used primarily for residential purposes. It includes assistance to independent group residences, board and care facilities, group homes and transitional housing but does not include primarily nonresidential facilities such as intermediate care facilities, nursing homes and hospitals. It also includes any change requested by a recipient in the amount of assistance previously provided, except changes resulting from

annual adjustments in Section 8 rents under Section 8(c)(2)(A) of the United States Housing Act of 1937 (42 U.S.C. 1437f). See HUD Reform Act regulation for additional information.

**Code of Conduct**

Both you, as the award recipient, and all subrecipients must have a code of conduct (or written standards of conduct). The code of conduct must comply with the requirements included in the "Conducting Business in Accordance with Ethical Standards" section of the Administrative, National and Department Policy Requirements and Terms for HUD Financial Assistance Awards, as well as any program-specific requirements. These requirements include ethical standards related to conflicts of interest for procurements in 2 CFR 200.318(c) and 2 CFR 200.317, as well as HUD-specific conflict of interest standards. HUD maintains a list of organizations that have previously submitted written standards of conduct on its Code of Conduct for HUD Grant Programs webpage. But it is your responsibility to ensure that the standards are compliant with the noted requirements and that HUD has the latest version of the written standards. Updated written standards should be submitted with the application. Any updates to your written standards, after the application period, should be submitted as directed by the HUD program contact for this NOFO.

**Affirmatively Furthering Fair Housing**

With some exceptions for Federally recognized Indian tribes and their instrumentalities, the application must discuss how the applicant will carry out the proposed activities in a manner that affirmatively furthers fair housing in compliance with the Fair Housing Act and its implementing regulations, and how applicants will meet the requirements of the definition of AFFH at 24 CFR 5.151. Applicants may propose activities that are consistent with their jurisdiction's Analysis of Impediments (AI), an Assessment of Fair Housing (AFH), or other means of fair housing planning that meaningfully supports their AFFH certification.

If the applicant will carry out proposed activities in a jurisdiction with an AFH, the proposed activities should be consistent with the AFH's fair housing goals and with fair housing strategies specified in the jurisdiction's Consolidated Plan or Public Housing Agency Plan.

This requirement is addressed under Rating Factor 2.

**2. Other Program-Specific Requirements**

a. HUD 424-CBW Grant Application Detailed Budget Worksheet

b. Completed Appendix B Certification

## V. APPLICATION REVIEW INFORMATION

### A. Review Criteria

The criteria for rating and ranking applications, and the maximum points for each Rating Factor are provided below. Applicants must provide responses to all four Rating Factors below or points will be deducted. The maximum number of Rating Factor points awarded under this NOFO is 100. Each factor has a maximum ten-page narrative limit unless otherwise specified by this NOFO. In addition to the Rating Factor points, applicants may receive a maximum of four additional points Preference Points, for a total of 104 available NOFO points. Please see the chart below:

| Rating Factors Summary | Points |
|---|---|
| **Rating Factor 1. Capacity of Applicant and Relevant Organizational Experience** | |
| (1) Description of expertise of Staff | 20 |
| (2) Organizational Experience (including promoting racial equity) and Capacity | 16 |
| **Rating Factor 2. Need/Distress/Extent of the Problem** | |
| (1) Problem Statement | 5 |
| (2) AFFH and Underserved, Highly Segregated, and/or Rural Area Focus | 3 |
| (3) Proposed Solution | 7 |
| (4) Immediacy of Need | 2 |
| (5) Application of Funding | 2 |
| **Rating Factor 3. Soundness of Approach** | |
| (1) Proposed Statement of Work (SOW) and Information Requirements | 16 |
| (2) Budget and Cost Estimates | 14 |
| **Rating Factor 4. Achieving Results and Program Evaluation** | |
| (1) Measurement | 5 |
| (2) Evaluation Plan | 10 |
| **TOTAL** | 100 |
| Preference Points - Applications that propose projects in Promise Zones (PZ); applicants that are or partner with Minority Serving Institutions (MSI); and/or applications that propose projects with an emphasis on equitable disaster recovery efforts and/or advance Environmental Justice (EJ) in communities that have been historically marginalized and overburdened by pollution, will be considered for 2 preference points per category [up to a maximum of 4 preference points per application] | +4 |
| **Maximum Points** including Rating Factors and possible Preference Points | 104 |

**1. Rating Factors**

**Rating Factor 1: Capacity of Applicant and Relevant Organizational Experience**   **Maximum Points:** 36

This factor addresses the extent to which the organization has the staff experience and organizational capacity necessary to successfully complete the proposed project during the grant period of performance, including actively maintaining staff, consultants and/or contractors throughout this period.  Applicants without the requisite experience may consider applying for a Fair Housing Organizations Initiative (FHOI) grant to improve capacity and gain the experience necessary to apply for future funds. Please see FHIP's FY2023 FHOI NOFO. Under this rating factor, HUD will consider the extent to which the applicant clearly addresses:

(1) **Description and expertise of staff (Up to 20 points)**.  The applicant's narrative must describe staff experience to show that the applicant organization will have sufficient and sufficiently qualified staff available to complete the proposed activities. The applicant must describe the organization's staffing plan including a proposal to add staff (employees) or contractors or consultants, if applicable. To receive full points, the staffing plan must:

a.  Demonstrate that there is sufficient current applicant organizational staff (more than two key staff members) with fair housing related experience on board at the time of the application due date and describe the organization's proposal to add staff and/or contractors or consultants to complete the proposed project. The application description must demonstrate that the applicant organization is independent and capable of implementing the proposed project without relying on other applicants or other grantee(s), including sharing of key staff. Applicants may not use the performance (e.g. performance review rating or successfully completed activities) of another organization to meet the requirements of this Rating Factor. If the applicant or applicant's staff perform activities in any capacity on other FHIP grants, the applicant must list the name of the organization sharing activities, and the role and time staff devotes to all FHIP related activities that the organization/staff is undertaking, including as a grantee, sub-grantee, affiliate, contractor, consultant, or in any other capacity. This information may be provided in a list or chart and will not count toward the 10-page limit for Rating Factor 1. (**Up to 6 points**).

Failure to provide information that demonstrates that the applicant organization has sufficient current staff to complete the proposed project will result in the applicant receiving 0 points under Factor 1.1.a. above.

b. The staffing plan should identify each staff member assigned to the proposed project by name and position, and the percentage of estimated time that each will devote to the proposed project. This description must also identify the project's proposed Project Manager, by name and title, and the percentage of time that the individual will devote to the proposed project. The Project Manager must be currently on staff and devote at least 50 percent of their time to the proposed project. Points will be deducted if less time is identified. Further, the plan must describe how the applicant will evaluate and provide oversight for each contractor, if applicable.

If applicable, the applicant must further identify all FHIP grant awards from FY2020 to the present, and identify each staff person assigned to the projects, including staff name, position and percentage of time devoted to those project(s). Staff time and effort under each Initiative/Component must represent time and effort over the entire grant period. Applicants who are applying for or currently have multiple open FHIP grants must describe how the applicant will manage, operate, and maintain activities, performance requirements and timetables for these

multiple grants. Failure to provide this information will result in the applicant receiving reduced points under this subfactor. This information may be provided in a list or chart and will not count towards the 10-page limit for Rating Factor 1. If applicant does not have any FHIP grants from FY2020 to the present and is not currently applying for any other FHIP grants, applicant should so state; points will not be deducted if this section is not applicable. (**Up to 6 points**)

c. Describe each key staff person's experience as it relates to the proposed project position. This should include fair housing related experience if the position is for a fair housing related professional. Experience included should relate to enforcement activities and proposed fair housing training or disseminating information to the community. The staffing plan must describe how all key staff positions' (fair housing or otherwise) experience contributes to the proposed project. Please do not include resumes. For proposed hires, the applicant must identify the position, percentage of time the proposed staff will devote to the project, and the position requirements that will assist the organization in successful project completion. For proposed consultants or contractors, the applicant must describe the experience that contributes to the organization completing the proposed activities, including any fair housing related experience, if applicable. (**Up to 4 points**)

d. Demonstrate that the organization has available staff with the appropriate training and experience to conduct tests, or propose a plan and budget (under Rating Factor 3) for training and technical assistance for testing. If an applicant proposes complex testing, the applicant must describe the specialized staff training and/or experience to complete the proposed testing activities. Complex testing includes testing in the context of real estate sales, mortgage lending, homeowner's insurance, home appraisals; testing for discrimination because of sexual orientation, gender identity, or source of income; and testing for discrimination that may result from criminal record policies when such discrimination may violate the FHA or substantially equivalent state or local fair housing laws. (**Up to 4 points**)

(**2**) **Organizational Experience (Up to 16 points)**. The applicant must describe the proposed project and the applicant organization's ability to complete the project within the grant period of performance:

a. Show that the applicant organization has conducted past project(s) similar in scope and complexity (whether FHIP funded or not) to the project proposed or engaged in activities that, although not necessarily similar, are readily transferable to the proposed project and the results. (**Up to 4 points**)

b. Experience Promoting Racial Equity. Describe the applicant organization's experience working with populations of the targeted area of need, including diverse populations that have faced historic segregation.  If the organization is currently addressing the needs of service areas without a fair housing enforcement presence, describe the applicant organization's experience in addressing those needs. Demonstrate applicant has the experience and the resources to effectively address the needs of underserved communities, particularly Black and Brown communities. This may include experience successfully working directly with such groups, experience designing or operating programs that equitably benefit such groups, experience soliciting, obtaining, and applying input from such groups when designing, planning, or

implementing programs and activities, or experience successfully advancing racial equity in other ways. **(Up to 2 points)**

c. Specify how FY2023 funds will enhance applicant's capacity to conduct investigations, including systemic investigations, and how FY2023 funds will expand FHIP-funded activities or other fair housing enforcement activities toward increased housing discrimination investigations and other enforcement-related efforts. **(Up to 2 points)**

d. Describe the applicant organization's current experience (within the last two years) in each of the following fair housing enforcement activities:
i. number of complaints received and processed, by basis and issue;
ii. number of complaints referred to HUD for investigation;
iii. testing program, types of tests and bases, including number of tests conducted (both individual and systemic);
iv. investigative experience, apart from testing;
v. summarize the complaint outcomes, including judicial and administrative findings, number of pending complaints, and number of awards and amount of monetary and non-monetary relief awarded to plaintiffs; and
vi.  activities that further the enforcement objectives of full-service and broad-based fair housing activities.

Applicants must show how they have met these requirements in the past two years and outline specific instances for each category. The information may be provided in a list or chart and will not count against the 10-page limit for Rating Factor 1.  **(Up to 8 points)**.
If this information is not provided, there will be an eight-point deduction from the applicant's Rating Factor 1. Organizational Experience final score.

Additionally, applicants must show how their proposed fair housing enforcement project is both a full-service project and a broad-based project addressing protected classes under the FHA and that meets the need(s) outlined in Rating Factor 2.

**Rating Factor 2: Need/Distress/Extent of the Problem**                **Maximum Points:** 19
This factor addresses the extent to which there is a need for funding the proposed activities, including addressing the needs of underserved areas, highly segregated, rural, and/or underserved populations. The need(s) described must relate to the activities for which funds are being requested under Rating Factor 3.

To receive maximum points for Rating Factors 2-4 below, applicants must demonstrate a direct relationship between the purpose of the program, the applicant's proposed activities, the fair housing needs of the community or communities, and how the applicant plans to address discrimination, including systemic discrimination, in a way that meets those fair housing needs.

**(1) Problem Statement:** Applicant must define the need(s) identified and reference supporting data/evidence demonstrating identified need. This may include but is not limited to Census data, an Assessment of Fair Housing, a Consolidated Plan, an Analysis of Impediments to Fair Housing Choice (AI), and other fair housing planning documents.
a.  Describe the specific community fair housing needs that will be addressed under this application.

b.  Describe the target area's impediments to fair housing choice, if applicable, or other significant barriers, discriminatory impacts, contributing factors, or other fair housing problems. **(Up to 5 points)**

**(2) AFFH and Underserved, Highly Segregated, and/or Rural Area Focus:** Applicant should provide evidence demonstrating that they have provided enforcement services in areas of need in highly segregated, rural, or underserved locations.  Maximum points will be provided if the applicant demonstrates how the funds requested through this NOFO will allow the organization to continue or expand work in highly segregated, rural, or underserved locations/service areas, especially those areas not currently secured by a fair housing enforcement organization or agency (e.g. FHIP or FHAP agency). In compliance with Section IV. G. 1. above, applicant must describe how the proposed NOFO activities are aligned with AFFH requirements, including how its proposed activities will work towards one or more of the following: (1) address significant disparities in housing needs for protected groups, (2) address disparities in access to opportunity for protected groups, (3) address segregation and promote integration, (4) transform racially or ethnically concentrated areas of poverty into areas of opportunity, and (5) foster and maintain compliance with civil rights and fair housing.  **(Up to 3 points)**

**(3) Proposed solution: (Up to 7 points)** Applicant should describe the proposed solution to address systemic and other housing discrimination as it relates to the applicant's Rating Factor 2. Problem Statement. Supporting evidence must be referenced in the application demonstrating the effectiveness of proposed interventions. Evidence may include but is not limited to case studies, evaluation of applicant's past best practices, third party research, etc.
a.   Describe applicant's plan to address discrimination, including systemic discrimination, in a way that meets those fair housing needs and describe why this intervention will be effective. (Up to 2 points)
b.   Documented Need and Affirmative Marketing. Identify relevant information from various studies done by HUD or any other reliable source (e.g. Consolidated Plan, Analysis of Impediments to Fair Housing Choice, Assessment of Fair Housing, etc.) used to support the need for fair housing activities in the proposed target area.  Applicants should not submit copies of reports or supporting documentation in the application, but should reference any reports, statistic/cs or other data used by providing appropriate websites where the data is found. Reference information should be current within the last 5 years or still applicable to fair housing problems, or 2 points will be deducted. Demonstrate that the housing, services, or other benefits provided under this grant will be affirmatively marketed broadly throughout the local area and nearby areas to any demographic groups that would be unlikely or least likely to participate in/benefit from the proposed education and outreach activities and/or apply for services absent such efforts. Such demographic groups may include, for example Black and Brown persons or communities, individuals with limited English proficiency, individuals with disabilities, or families with children. (Up to 2 points).

c. Describe the link between the needs identified and the applicant's proposed activities. This description should include how the applicant's proposed activities meet the specific fair housing needs identified and documented for the targeted area. This may include but is not limited to addressing: the presence of systemic housing discrimination, high segregation indices, or other documented evidence of discrimination prohibited by the FHA within the project area. (Up to 1

point)

d.  Address the organization's need to secure or provide language assistance services in languages other than English by describing the target population's language needs and actions the applicant will take to ensure meaningful language access for LEP persons.  All printed material disseminated to the public must be in English and at least two other languages. Please provide a brief description of what other languages will be used based on the targeted population and how materials will be translated and by whom.  Address the organization's need and plan to provide accessible communication in alternative formats for individuals with disabilities. (Up to 1 point)

e. Address the organization's plan to expand enforcement services in areas not currently represented by a fair housing organization or agency. (Up to 1 point)

**(4) Immediacy of Need:** Applicants should describe any potential imminent adverse consequences for persons in protected classes covered under the FHA if applicant is not selected for funding. **(Up to 2 points)**

**(5) Application of Funding:** Applicants must specify how the use of funds provided under this NOFO will differ from prior projects and/or expand enforcement activities to increase investigations of systemic housing discrimination. **(Up to 2 points)**

**Rating Factor 3: Soundness of Approach**                                    **Maximum Points:** 30

This factor addresses the soundness, quality, and effectiveness of the proposed work plan and the commitment of the applicant to sustain the proposed project activities. Two subfactor requirements make up the total possible points (up to 30 points) for this Rating Factor.   The SOW should reflect program tasks which the applicant expects are reasonable for completion of the proposed project. If funded, the grantee is responsible for completing the SOW activities agreed upon during negotiations. All Rating Factor 3 criteria are exempt from the 10-page limit.

**(1) Proposed SOW and Information Requirements (Up to 16 points).**  Each applicant should complete a detailed SOW Narrative and Chart. The SOW Narrative will be evaluated on the extent to which the applicant provides a clear, detailed description of the proposed project goals/objectives, activities, and where applicable, proposed outcome measures.

a. The SOW Narrative should identify quantifiable project goals and describe how those goals are related to each of the specific needs identified in Rating Factor 2. Goals are the results or outcomes the applicant intends to accomplish. The SOW Narrative should also identify the proposed activities, specific deliverables, and anticipated outcomes consistent with the activities outlined in the required SOW Chart. The SOW Narrative must also include a description of the continuation of existing activities or the expansion or creation of systemic investigation(s) based on prior FHIP funded activities or other fair housing enforcement activities. The SOW Narrative must correspond with the activities outlined in the SOW Chart. **(Up to 6 points)**

b. SOW Chart (see Appendix A). All applicants should use the format outlined in Appendix A as an example to describe the organization's specific SOW tasks. The Administrative Tasks in Appendix A are standard general tasks, but the tasks may be edited to fit the applicant's specific tasks. Under the Program Tasks section, each applicant should complete a detailed SOW based on the specific enforcement activities proposed in the organization's

application, including activities, tasks, and proposed outcomes where applicable. The SOW program tasks must include complaint intake, complaint investigation, testing for fair housing violations and enforcement of meritorious claims, and describe:

i.  all proposed project activities and major tasks; **(Up to 3 points)**

ii.  a list of team members/staff and partners as identified in Rating Factor 1 who will be responsible and accountable for completing the tasks; **(Up to 3 points)**

iii.  the steps to complete the proposed activities required to successfully implement the proposed project; **(Up to 2 points)** and

iv.  the proposed outcomes where applicable under program tasks. **(Up to 2 points)**


Applicants may receive up to 6 points for the submission of a complete SOW Narrative and up to 10 points for a complete SOW Chart. Applicants must submit a separate SOW for each year of the applicant organization's activities (36 months) or 5 points will be deducted from this Rating Factor.


**(2) Budget and Cost Estimates (up to 14 points)**

HUD will assess the soundness of the planned approach by evaluating the quality, thoroughness, necessity, cost-effectiveness, and reasonableness of costs to carry out the project activities, and the rationale for the proposed budget and narrative. The applicant's budget submission must include the following for each separate year of funding (3 years): the applicant's Budget Narrative and HUD 424-CBW Grant Application Detailed Budget Worksheet; a Budget Narrative for all subcontractors or sub-recipients; and a HUD 424-CBW Grant Application Detailed Budget Worksheet for subcontractors or sub-recipients whose budget amounts exceed $5,000. The budget must also indicate what activities and tasks will be increased as a result of the funding.  If the applicant does not provide this information, up to five points will be deducted.

a. The applicant's Budget Narrative and HUD 424-CBW must relate to the tasks in the SOW, including identifying key team members/staff and partners, consistent with the list provided in Rating Factor 1, who will be responsible and accountable for completing major tasks. In addition, the applicant's Budget Narrative should describe the organization's Financial Management Capacity, and its Board's role in financial management and oversight. In addition, applicants with current or prior FHIP grants should provide a list or chart of the HUD FHIP grants received since 2019 including the grant number, dollar amount awarded, the amount expended and obligated as of 30 days prior to the date the application is submitted and a description of the applicant's activities and results (outcomes) achieved in the previous FHIP grant(s).

b. The applicant's Budget Narrative must describe the organization's capabilities in handling financial resources, disseminating payments to third parties (e.g. contractors), and maintaining adequate accounting and internal control procedures.

c. When testing services are being performed, the applicant must include a budget line item to conduct a minimal background investigation of testers to ensure compliance with the FHIP regulation at 24 CFR §125.107.


Applicants may receive up to seven points for the Budget Narrative, and up to seven points for a completed HUD 424-CBW. There will be an automatic deduction of five points from the

applicant's score (in addition to any other point deductions) if the applicant submits a HUD 424-CB, instead of the required detailed HUD 424-CBW. In addition, failure to submit a separate HUD424-CBW for each year will result in an additional 5-point deduction from this subfactor. Additional information regarding the HUD424-CBW may be found at:

Grant Application Detailed Budget Worksheet

**Rating Factor 4: Achieving Results and Program Evaluation**                              **Maximum Points:** 15

HUD will assess the applicant's plan to achieve its proposed project objectives and goals. Based on the narrative statements (regarding staff, proposed activities, etc.) that the applicant provided as a response to Rating Factors 1 through 3, HUD will assess the extent to which the applicant will measure project results and hold itself accountable to ensure effective program management. The applicant should outline its strategy for evaluating and improving (if necessary) its program performance against proposed activity goals during the grant period of performance. Additionally, the applicant must:

(1) Measurement **(Up to 5 points)** – Describe and explain the strategy or strategies the organization will use to measure its outputs and outcomes for the program activities outlined in the applicant's SOW Narrative and SOW Chart (Appendix A). Maximum points are given to organizations that propose outputs, outcomes, and measurement methods that result in reliable, valid data. This description should include but is not limited to: a. quantifiable outputs and outcomes that measure progress on the goals identified in the Factor 3, SOW; b. data collection methods used to measure outputs and outcomes and the frequency of data collection; c. technological tools in place to capture, maintain, analyze and share data; and d. an explanation of how the applicant's data will be validated.

Applicant outcomes should reflect the anticipated effect the organization's proposed activities will have on its beneficiaries. Outcomes measure progress made towards achieving the program goals, while outputs are the measurable organization activities.

(2) Evaluation Plan **(Up to 10 points)** – Describe and explain the applicant's plan to evaluate its progress towards meeting its stated objectives and goals. This should include:
a. a description of the output and outcome data and thresholds that will be used to determine progress toward objectives/goals;
b. timelines for continuous evaluation and adjustments as needed;
c. a description of how the results of continuous/periodic evaluations will be used to improve progress, increase efficiency and/or implement adjustments if expectations are not on track to be met; and
d. a description of the public interest outputs and outcomes that, based on past experience, the applicant expects to achieve. This description may include the applicant's expectations in terms of people served, cases handled, relief obtained, enforcement actions that contribute to changes in local ordinances or state statutes, and/or any other reasonable metric of the impact of the applicant's enforcement work. To understand long term outcomes the applicant may examine changes in the levels of residential segregation in the communities they serve, educational segregation, or other metrics that indicate change in levels of systemic housing discrimination.

This program does not offer points for Section 3.

## 2. Other Factors

**Preference Points**

This NOFO supports the following policy initiatives. If your application demonstrates the appropriate information for the policy initiative, your application will receive up to two (2) points for each initiative, and will receive no more than a total of four (4) points. These points are added to your application's overall score.

Environmental Justice (2 points)

Promise Zones (PZ) (2 points)

Minority-Serving Institutions (2 points)

You may choose to voluntarily commit to address policy initiatives in your application. Addressing these policy initiatives is not a requirement to apply for or receive an award. If you choose to address a voluntary policy initiative in your application, however, you will be required to adhere to the information submitted with your application should you receive an award. The proposed information will be included as a binding requirement of any federal award you receive as a term and condition of that award.

This program does not offer points for Climate Change

**Environmental Justice:** In accordance with [Executive Order 12898](), Federal Actions to Address Environmental Justice in Minority Populations and Low-Income Populations, and EO 14008, HUD will award up to two (2) points for applications proposing activities that advance Environmental Justice (as defined in Section I.A.4 of this NOFO).  For the purposes of this grant program, activities that advance Environmental Justice include doing the following for people or communities that have been environmentally underserved or overburdened (e.g. low-income and Black and Brown communities):

- Reducing or mitigating exposure to environmental and health hazards (e.g. industrial facilities, EPA superfund sites, legacy pollution, heat islands).
- Improving protection from and resilience to environmental harms (e.g. fire-resistant materials, floodproofing).
- Expanding environmental benefits (e.g. clean air and water, public transportation, bike and walking paths, clean energy, green technology, biodiversity).
- Overcoming prior disinvestment in environmental infrastructure (e.g. drainage systems, green spaces, pollution controls).

To receive points under this Section, your application must describe in detail how your proposed activities will advance Environmental Justice in one or more of these ways.

In addition, to receive points under this Section, your application must also clearly describe how your activities will be informed by input from affected communities.  To provide those affected a meaningful opportunity to participate in the design and implementation of your activities, you should make key information available online and through other media, engage with community

leaders, solicit public feedback, hold public meetings at a variety of times and locations or virtually, and respond appropriately to community concerns.

This program does not offer preference points related to HBCUs.

**Minority-Serving Institutions**

Pursuant to Executive Orders 13985, 14041, 14045, and 14031, you may receive up to two (2) preference points if you are an applicant designated as a minority-serving institution (MSI) or if your application proposes one or more partnerships with minority-serving educational institutions that have been historically underserved.

An applicant designated by the U.S. Department of Education as an MSI will receive up to two (2) preference points when the application includes documentation of the applicant's status as an HBCU, Hispanic-serving institution, Tribal-controlled postsecondary institution, Alaska Native-serving or Native-Hawaiian-serving institution, Predominantly Black Institution, Asian and Native American Pacific Islander-serving institution or Native American-serving nontribal institution.

An applicant partnering with an HBCU, Hispanic-Serving Institution, Tribal-controlled postsecondary institution, Alaskan Native-serving or Native-Hawaiian-serving institution, Predominantly Black Institution, Asian and Pacific Islander-serving institution, or Native American-serving nontribal institution will receive up to two (2) Preference Points when the application includes a Letter of Commitment certifying that a partnership is in place and signed by an authorizing official of the MSI and documentation of the college or university's status as an HBCU, Hispanic-serving institution, Tribal-controlled postsecondary institution, Alaska Native-serving or Native-Hawaiian-serving institution, Predominantly Black Institution, Asian and Native American Pacific Islander-serving institution, or Native American-serving nontribal institution.

**Promise Zones**

HUD encourages activities in Promise Zones (PZ). To receive Promise Zones Preference Points, applicants must submit form HUD-50153, "Certification of Consistency with Promise Zone Goals and Implementation," signed by the Promise Zone Official authorized to certify the project meets the criteria to receive preference points. To view the list of designated Promise Zones and persons authorized to certify, see the Promise Zone pages on HUD's website.

## B. Review and Selection Process

### 1. Past Performance

In evaluating applications for funding, HUD will consider an applicant's past performance in managing funds. Items HUD will consider include, but are not limited to:

OMB-designated repositories of governmentwide data, as noted in 2 CFR 200.206(a)

The ability to account for funds in compliance with applicable reporting and recordkeeping requirements

Timely use of funds received from HUD

Timely submission and quality of reports submitted to HUD

Meeting program requirements

Meeting performance targets as established in the grant agreement

The applicant's organizational capacity, including staffing structures and capabilities

Timely completion of activities and receipt and expenditure of promised matching or leveraged funds

The number of persons served or targeted for assistance

Promoting self-sufficiency and economic independence

Producing positive outcomes and results

HUD may reduce scores based on the past performance review, as specified under V.A. Review Criteria. Whenever possible, HUD will obtain and review past performance information. If this review results in an adverse finding related to integrity of performance, HUD reserves the right to take any of the remedies provided in the Pre-Selection Review of Performance section of the Eligibility Requirements for Applicants of HUD Financial Assistance Programs.

**2. Assessing Applicant Risk**

In evaluating risks posed by applicants, HUD may use a risk-based approach and may consider any items such as the following:

(1) Financial stability;

(2) Quality of management systems and ability to meet the management standards prescribed in this part;

(3) History of performance. The applicant's record in managing Federal awards, if it is a prior recipient of Federal awards, including timeliness of compliance with applicable reporting requirements, failing to make significant progress in a timely manner, failing to meet planned activities in a timely manner, conformance to the terms and conditions of previous Federal awards, and if applicable, the extent to which any previously awarded amounts will be expended prior to future awards;

(4) Reports and findings from audits performed under Subpart F—Audit Requirements of this part or the reports and findings of any other available audits; and

(5) The applicant's ability to effectively implement statutory, regulatory, or other requirements imposed on non-Federal entities.

This section incorporates past performance with the assessment of applicant risk. For current FHIP grantees, past performance will be assessed as part of applicant risk and based on the applicant's most recent FHIP GTR Final Performance Assessment Report.  GTR Final Performance Assessment Reports contain these items: (1) performance of all requirements under the grant, (2) acceptance of work performed, and (3) quality of performance. Up to 7 points may be deducted from the applicant's overall rating score as follows:
1 point if the applicant received less than an "Excellent"
5 points if the applicant received less than a "Good"
1 point if the applicant is deemed "high risk" (i.e. new FHIP applicant)

An organization is deemed ineligible for funding under this NOFO if the organization received a "poor" rating within the last year performance assessment on a prior FHIP grant for any initiative/component. Applicants who have not received a performance assessment within the last year will be deemed a new applicant for purposes of this NOFO.

In addition, HUD evaluates the integrity of the applicant as reflected in government-wide websites, information in HUD's files, the federal Do Not Pay portal, public information and information received during HUD's Name Check Review process. If this integrity evaluation results in an adverse finding, HUD reserves the right to take any remedies available including those provided in NOFO Section III., 2 CFR 200.206, 2 CFR 200.208, and the Do Not Pay website.

**3. Experience Promoting Racial Equity**

In evaluating applications for funding, HUD will consider the extent to which the application demonstrates that the applicant has the experience and the resources to effectively address the needs of underserved communities, particularly Black and Brown communities. This may include experience successfully working directly with such groups, experience designing or operating programs that equitably benefit such groups, or experience successfully advancing racial equity in other ways. This may also include experience soliciting, obtaining, and applying input from such groups when designing, planning, or implementing programs and activities.

This may also include experience encouraging specific and authentic engagement with historically underserved neighborhoods and communities of color to guide policy outcomes;

having staff, or recruitment of staff, who have lived experience and/or expertise to provide services in a culturally competent way or resources to hire such staff for NOFO funded work;

experience building community partnerships with grassroots and resident-led organizations;

experience using, or resources to hire and train, community engagement officers and/or similar staff positions to bridge the gap between people of color and their larger communities;

experience designing or operating programs that have provided tangible reductions in racial disparities; history of or commitment to contracting with minority and women owned businesses; and history of or commitment to hiring, training, contracting, and providing other economic opportunities to low-income individuals, especially to individuals who receive housing assistance in furtherance of Section 3 requirements (ensuring that employment and other economic opportunities generated by Federal financial assistance for housing are directed toward low- and very low-income persons). This requirement is addressed under Rating Factor 1.

**4. Rating and Ranking.** Applicants may be funded under the Multi-year Funding Component.

    **a. Maximum Score.** The maximum number of points to be awarded for the Rating Factors is 100. Applicants may also be awarded a total of four (4) preference points for PZ, MSI designation or collaboration, and/or Environmental Justice. Applicants may receive a total of 104 points including the rating factors and Preference points.

    **b. Ineligible Applications.** Ineligible applications will not be rated or ranked.

**c. Minimum Score to be Funded.** Only applications with a rating score of 75 points or more will be considered of sufficient quality for funding. Preference points will not be included in reaching this minimum score.

**d. Ranking.** All eligible applicants will be placed in rank order based on the total application score.

**e. Tie Breaking.** When two or more applications have the same total overall score, the application with the higher score under Rating Factor 2 will be ranked higher. If applications still have the same score, the tie will be broken by the Rating Factor 1 score. If a tie remains, then the tie will be broken by the Rating Factor 3 score. And if a tie still remains, the application with the greatest Rating Factor 4 score will be selected.

**5. Other Application Review Considerations.** In accordance with 2 CFR part 200, all applicable Federal laws, and relevant Executive guidance, the Federal awarding agency will review and consider applications for funding pursuant 2 CFR Part 200.

**6. Adjustments to Funding.** HUD may approve an application for an amount lower than the amount requested, fund only portions of the application, withhold funds after approval, reallocate funds among activities and/or require that special conditions be added to the grant agreement, under 2 CFR § 200.207, or where:

   a. HUD determines the amount requested for one or more eligible activities is unreasonable or unnecessary;
   b. An ineligible activity is proposed in an otherwise eligible project;
   c. Insufficient funding amounts remain to award the full amount requested in the application, and HUD determines that partial funding is a viable option;
   d. The past record of key personnel warrants special conditions;
   e. An applicant has not included the mandatory training funding allocation in the budget and the applicant is selected for an award (HUD will modify the applicant's budget, reallocating the appropriate training amount); or
   f. An applicant is awarded more than one grant (HUD reserves the right to examine the requested training needs and transfer funds back to fair housing activities during negotiations, if additional training funds are not needed).

**7. Reallocation of Funds.** If any funds remain after all grant award selections have been made, HUD will have the discretion to reallocate those remaining funds among Initiatives as follows:

Any remaining funds will be reallocated first within the PEI. If, after reallocating funds within the PEI, funds remain, they shall be reallocated to EOI-General Component to fund additional eligible organizations.

## VI. AWARD ADMINISTRATION INFORMATION

### A. Award Notices

Following the evaluation process, HUD will notify successful applicants of their selection for funding. HUD will also notify other applicants, whose applications were received by the deadline but were not chosen for award. Notifications will be sent by email to the person listed as the AOR in item 21 of the SF-424.

**1. Final Grant**

After HUD has made selections, HUD will finalize specific terms of the award and budget in consultation with the selected applicant. If HUD and the selected applicant do not finalize the terms and conditions of the award in a timely manner, or the selected applicant fails to provide requested information, an award will not be made to that applicant. In this case, HUD may select another eligible applicant. HUD may also impose specific conditions on an award as provided under 2 CFR 200.208.

**2.  Adjustments to Funding**

To ensure the fair distribution of funds and enable the purposes or requirements of a specific program to be met, HUD reserves the right to fund less than the amount requested in an application.

a. HUD may fund no portion of an application that:

  (1) Is ineligible for funding under applicable statutory or regulatory requirements;

  (2) Fails, in whole or in part, to meet the requirements of this notice;

  (3) Duplicates activities funded by other federal awards; or

  (4) Duplicates activities funded in a prior year.

b. HUD may adjust the funding for an application to ensure funding diversity, geographic diversity, and alignment with HUD administrative priorities.

c. If an applicant turns down an award offer, or if HUD and an applicant do not finalize the terms and conditions of the award in a timely manner, HUD may withdraw the award offer and make an offer of funding to another eligible application.

d. If funds remain after all selections have been made, remaining funds may be made available within the current fiscal year for other competitions within the program area, or be held for future competitions (if allowable in accordance with the applicable appropriation or authorizing statute), or be used as otherwise provided by authorizing statute or appropriation.

e. If, after announcement of awards made under the current NOFO, additional funds become available either through the current appropriations, a supplemental appropriation, other appropriations or recapture of funds, HUD may, in accordance with the appropriation, use the additional funds to provide additional funding to an applicant awarded less than the requested amount of funds to make the full award, and/or to fund additional applicants that were eligible to receive an award but for which there were no funds available.

**3. Funding Errors**

If HUD commits an error that when corrected would cause selection of an applicant during the funding round of a Program NOFO, HUD may select that applicant for funding, subject to the availability of funds. If funding is not available to award in the current fiscal year, HUD may make an award to this applicant during the next fiscal year, if funding is available.

**4. Additional Applicant Notification and Award Procedures.**
a. Notification. Information about the review and award process will not be available during the HUD evaluation period, which begins on the application deadline date for this NOFO and lasts

for approximately 90 days thereafter. However, you will be advised, in writing or by telephone, if HUD determines that your application is ineligible, or has technical deficiencies which may be corrected. HUD will only communicate with persons specifically identified in the SF-424 in the application. HUD will not provide information about the application to any third party such as contractors.

b. Negotiation. If you are selected, HUD will require you to participate in negotiations to determine the specific terms of your grant agreement. The selection is conditional and does not become final until the negotiations are successfully concluded and the grant agreement is signed and executed based upon the negotiations. HUD will negotiate only with the person identified in the application as the Director of the organization or if specifically identified in the application as the Project Director. HUD will not negotiate with any third party (i.e., a contractor, etc.). The GO and GTR will determine on a case-by-case basis if technical assistance or special conditions are required.

c. Applicant Scores. After awards are announced, applicants will receive a copy of their final score. HUD will not release the names of applicants or their scores to any third party.  Upon request via email, FHEO will provide applicants a list of frequent areas where the Technical Evaluation Panel deducted points.  This panel information will consist of a review of areas in which applicants frequently lose points such that all applicants may make modifications to improve future applications.

## B. Administrative, National and Departmental Policy Requirements and Terms for HUD Applicants and Recipients of Financial Assistance Awards

Unless otherwise specified, the following Administrative, National and Department Policy Requirements and Terms for HUD Financial Assistance Awards apply. Failure to comply with these requirements may impact your ability to receive or retain a financial assistance award from HUD. Read the requirements carefully as the requirements are different among HUD's programs.

1. Compliance with The Fair Housing Act (42 U.S.C. 3601-3619) and implementing regulations at 24 CFR part 100 et seq
2. Compliance with Title VI of the Civil Rights Act of 1964, 42 U.S.C. 2000d-2000d-4 (Nondiscrimination in Federally Assisted Programs) and implementing regulations at 24 CFR part 1
3. Compliance with the Age Discrimination Act of 1975 (42 U.S.C. 6101-6107) and implementing regulations at 24 CFR part 146
4. Compliance with Section 504 of the Rehabilitation Act of 1973 (29 U.S.C. 794) and implementing regulations at 24 CFR part 8
5. Compliance with the Americans with Disabilities Act, 42 U.S.C. 12101 et seq
6. Compliance with Affirmatively Furthering Fair Housing (AFFH) requirements, including those listed on HUD's Affirmatively Furthering Fair Housing webpage
7. Compliance with Economic Opportunities for Low-and Very Low-income Persons (Section 3) requirements, including those listed at 24 CFR part 75
8. Compliance with Improving Access to Services for Persons with Limited English Proficiency (LEP) requirements, including those listed within Federal Register Notice, FR-4878-N-02 (also see HUD's webpage)

9. Compliance with Accessible Technology requirements, including those listed on in HUD's Policy on Section 508 of the Rehabilitation Act and Accessible Technology

10. Compliance with Equal Access Requirements (see 24 CFR 5.105(a)(2) and 5.106)

11. Compliance with Ensuring the Participation of Small Disadvantaged Business, and Women-Owned Business requirements at 2 CFR 200.321

12. Compliance with Energy Efficient, Sustainable, Accessible, and Free from Discrimination by Design

13. Compliance with Real Estate Acquisition and Relocation requirements (see 49 CFR part 24 and applicable program regulations)

14. Compliance with Participation in HUD-Sponsored Program Evaluation (see Federal Register Notice, FR-6278-N-01)

15. Compliance with OMB Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards (see 2 CFR part 200)

16. Compliance with Drug-Free Workplace requirements (see 2 CFR part 2429, which is HUD's implementation of 41 U.S.C. 701, et seq.)

17. Compliance with the requirements related to safeguarding resident/client files

18. Compliance with the Federal Funding Accountability and Transparency Act of 2006 (2 CFR part 170) (FFATA), as amended

19. Compliance with Eminent Domain

20. Compliance with Accessibility for Persons with Disabilities requirements on HUD's Disability Overview webpage

21. Compliance with Violence Against Women Act at 24 CFR part 5, subpart L and applicable program regulations

22. Compliance with Conducting Business in Accordance with Ethical Standards/Code of Conduct, including 2 CFR 200.317, 2 CFR 200.318(c) and other applicable conflicts of interest requirements

23. Compliance with the Build America, Buy America (BABA) Act procurement requirements and implementing guidance available on HUD's dedicated webpage

24. Compliance with System for Award Management and Universal Identifier Requirements at 2 CFR part 25

25. Compliance with section 106(g) of the Trafficking Victims Protection Act of 2000 (TVPA), as amended (22 USC 7104(g)) and implementing regulations at 2 CFR part 175 (Award Term for Trafficking in Persons)

26. Compliance with Award Term and Condition for Recipient Integrity and Performance Matters (see Appendix XII to 2 CFR part 200)

27. Compliance with Suspension and Debarment (see 2 CFR part 2424 and 2 CFR part 180)

28. Compliance with environmental justice requirements under Executive Orders 12898 and 14008, and OMB Memorandum M-21-28, which implements the Justice40 Initiative, section 223 of Executive Order 14008.

29. Compliance with Eliminating Barriers That May Unnecessarily Prevent Individuals with Criminal Histories from Participation in HUD Programs (see HUD Secretary Fudge's April 12, 2022 memorandum)

30. Compliance with equity requirements, which include compliance with racial equity and underserved communities and LGBTQ+ requirements under Executive Orders 13985 and 13988

31. Compliance with 41 U.S.C. § 4712, which includes informing your employees in writing of their rights and remedies, in the predominant native language of the workforce. Under 41 U.S.C. § 4712, employees of a contractor, subcontractor, grantee, subgrantee, and personal services contractor may not be discharged, demoted, or otherwise discriminated against as a reprisal for disclosing information that the employee reasonably believes is evidence of gross mismanagement of a Federal contract or grant, a gross waste of Federal funds, an abuse of authority relating to a Federal contract or grant, a substantial and specific danger to public health or safety, or a violation of law, rule, or regulation related to a Federal contract (including the competition for or negotiation of a contract) or grant.  (See Federal Contractor or Grantee Protections | Office of Inspector General, Department of Housing and Urban Development (hudoig.gov).

### Environmental Review

In accordance with 24 CFR  50.19(b)(2), (3), (4), (9), (12) and (13), activities funded under this NOFO are exempt or categorically excluded from environmental review under the National Environmental Policy Act of 1969 (42 U.S.C. 4321) and not subject to environmental review under related laws and authorities.

### Prohibition on Surveillance

Compliance with 2 CFR 200.216, Prohibition on Certain Telecommunication and Video Surveillance Services or Equipment is required.

### Remedies for Noncompliance

HUD may terminate a Federal award, in whole or in part, for any of the reasons specified in 2 CFR 200.340, Termination.

A Federal award may be terminated in whole or in part if the grantee fails to comply with the terms and conditions of the award or if HUD determines the award no longer effectuates the program goals or agency priorities.  In addition to 1 CFR 200.340 regarding causes for termination, see 2 CFR 200.339 Remedies for noncompliance, which conveys the full range of available remedies HUD can take if a non-Federal entity fails to comply with federal statutes, regulations, or terms of an award.

### Lead-Based Paint Requirements

When providing education or counseling on buying or renting housing that may include pre-1978 housing under your grant you must inform clients of their rights under the Lead Disclosure Rule (24 CFR part 35, subpart A), and, if the focus of the education or counseling is on rental or purchase of HUD-assisted pre-1978 housing, the Lead Safe Housing Rule (subparts B, R, and, as applicable, F - M).

### C. Reporting

HUD requires recipients to submit performance and financial reports under OMB guidance and program instructions.

### 1. Recipient Integrity and Performance Matters

You should be aware that if the total Federal share of your federal award includes more than $500,000 over the period of performance, the award will be subject to post award reporting

requirements reflected in [Appendix XII to 2 CFR part 200, Award Terms and Conditions for Recipient Integrity and Performance Matters](#).

**2. Race, Ethnicity and Other Data Reporting**

HUD requires recipients that provide HUD-funded program benefits to individuals or families to report data on the race, color, religion, sex, national origin, age, disability, and family characteristics of persons and households who are applicants for, participants in, or beneficiaries or potential beneficiaries of HUD programs in order to carry out the Department's responsibilities under the Fair Housing Act, Executive Order 11063, Title VI of the Civil Rights Act of 1964, and Section 562 of the Housing and Community Development Act of 1987. These authorities prohibit discrimination in housing and in programs receiving financial assistance from the Department and direct the Secretary to administer the Department's programs and activities in a manner affirmatively to further these policies and to collect certain data to assess the extent of compliance with these policies. Each recipient shall keep such records and submit to the Department timely, complete, and accurate compliance reports at such times, and in such form and containing such information, as the Department may determine to be necessary to enable it to ascertain whether the recipient has complied or is complying with 24 CFR parts 1 and 121. In general, recipients should have available for the Department data showing the demographics of beneficiaries of federally-assisted programs.

Applicants must submit Form HUD-27061, Racial and Ethnic Data Reporting Form found at [https://www.hud.gov/program_offices/administration/hudclips/forms/](https://www.hud.gov/program_offices/administration/hudclips/forms/).

**3. Compliance with the Federal Funding Accountability and Transparency Act of 2006 (Pub. L. 109-282) as amended (FFATA)**

FFATA requires information on federal awards be made available to the public via a single, searchable website, which is [www.USASpending.gov.](http://www.USASpending.gov) Accordingly, each award HUD makes under this NOFO will be subject to the requirements provided by the Award Term in Appendix A to [2 CFR part 170](#), "REPORTING SUBAWARD AND EXECUTIVE COMPENSATION INFORMATION," unless the Federal funding for the award (including funding that may be added through amendments) is not expected to equal or exceed $30,000. Requirements under this Award Term include filing subaward information in the Federal Funding Accountability and Transparency Act (FFATA) Sub-award Reporting System (FSRS.gov) by the end of the month following the month in which the recipient awards any sub-grant equal to or greater than $30,000.

**4. Program-Specific Reporting Requirements**

a. **Performance Reporting**. All HUD funded programs, including this program, require recipients to submit, not less than annually, a report documenting achievement of outcomes under the purpose of the program and the work plan in the award agreement.

b. **Quarterly Report/Final Report**. All grant recipients under this NOFO are required to submit quarterly reports and a final report which identify their program's output and outcome achievements. Quarterly reports should contain responses to the following:
1. How many persons does the organization propose to serve? How is the estimate derived?
2. How many clients have been served?
3. Of those served, how many resulted in cases?
4. How many cases were resolved?

5. How many cases were litigated?

6. What is the total amount of damages the organization received for victims of discrimination by case settlements and litigation?

7. Describe how many cases were resolved to the benefit of the client, and how those clients benefited.

8. How many jurisdictions developed policies to remove barriers to fair housing as a result of FHIP PEI engagement with local jurisdictions/regional organizations?

For quarterly reports and the final report, recipients will be required to derive meaningful data from client feedback on how they benefited from the project's activities in quarterly and final performance reports. Recipients will also report outcomes and evidence of continued project success, which may include but are not limited to: (1) positive customer experience; (2) efficient and effective administrative costs; (3) high ethical standards; (4) overall positive community/target area changes; (5) innovative strategies that contribute to cost effectiveness and other program improvements and success stories (give an example of an enforcement success, e.g., outputs and outcomes of settlements or systemic investigations). Grantees will be required to track outcomes in the final report using the following forms: Types of Closures (HUD-904-A); Bases and Issues in Test (HUD-904-B); and Bases and Issues of Reports of Discrimination (HUD-904-C). These forms can be found at the following links:

https://www.hud.gov/sites/dfiles/FHEO/images/904-A-OMB2529-0033.pdf
https://www.hud.gov/sites/dfiles/FHEO/images/904-B-OMB2529-0033.pdf
https://www.hud.gov/sites/dfiles/FHEO/images/904-C-OMB%202529-0033.pdf

## D. Debriefing

For a period of at least 120 calendar days, beginning 30 calendar days after the public announcement of awards under this NOFO, HUD will provide a debriefing related to their application to requesting applicants. A request for debriefing must be made in writing or by email by the AOR whose signature appears on the SF-424 or by his or her successor in office and be submitted to the POC in Section VII Agency Contact(s) of this NOFO. Information provided during a debriefing may include the final score the applicant received for each rating factor, final evaluator comments for each rating factor, and the final assessment indicating the basis upon which funding was approved or denied.

Non-funded applicants will receive the total application score, and non-funded and ineligible applicants will receive a debriefing summary to include overall applicant Rating Factor scoring averages and average common errors.

## VII. AGENCY CONTACT(S)

HUD staff will be available to provide clarification on the content of this NOFO.

Questions regarding specific program requirements for this NOFO should be directed to the POC listed below.

Name:

Stephanie Thomas

Phone:

202-402-6938

Email:
Stephanie.W.Thomas@hud.gov
Individuals who are deaf or hard of hearing, or who have speech and other communication disabilities may use a relay service to reach the agency contact. To learn more about how to make an accessible telephone call, visit the webpage for the Federal Communications Commission. Note that HUD staff cannot assist applicants in preparing their applications.

## VIII. OTHER INFORMATION

**1. Compliance of this NOFO with the National Environmental Policy Act (NEPA)**

This NOFO provides for assistance in promoting or enforcing fair housing or nondiscrimination. Accordingly, under 24 CFR 50.19(c)(3), this NOFO is categorically excluded from environmental review under the National Environmental Policy Act of 1969 (42 U.S.C. 4321).

**2. Web Resources.**

- **Affirmatively Furthering Fair Housing**
- **Assistance Listing (formerly CFDA)**
- **Climate Action Plan**
- **Climate and Economic Justice Screening Tool (CEJST)**
- **Code of Conduct Requirements and E-Library**
- **Environmental Review**
- **Equal Participation of Faith-Based Organizations**
- **Fair Housing Rights and Obligations**
- **Federal Awardee Performance and Integrity Information System**
- **Federal Funding Accountability and Transparency Act (FFATA) Subaward Reporting System**
- **Grants.gov**
- **Healthy Homes Strategic Plan**
- **Healthy Housing Reference Manual**
- **Historically Black Colleges and Universities (HBCUs)**
- **HUD's Strategic Plan**
- **HUD Grants**
- **HUD Reform Act**
- **HUD Reform Act: HUD Implementing Regulations**
- **Limited English Proficiency (LEP)**
- **NOFO Webcasts**
- **Procurement of Recovered Materials**
- **Promise Zones**
- **Section 3 Business Registry**
- **State Point of Contact List**
- **System for Award Management (SAM)**
- **Real Estate Acquisition and Relocation**
- **Unique Entity Identifier**

- USA Spending

**3. Program Relevant Web Resources**

www.hud.gov/fairhousing

**4. Additional Program Requirements include:**

**a. Product Information.** Press releases and any other product intended to be disseminated to the public must be submitted to the GTR 4 days before release for approval and acceptance. The GTR will work with the FHEO's Office of the General Deputy Assistant Secretary for information clearance and approval.

**b. Payment Contingent on Completion.** Payment of FHIP funds is made on a fixed price basis. Payments are contingent on the satisfactory and timely completion of your project activities and products as reflected in your grant agreement. Requests for funds must be accompanied by financial and progress reports.

**c. Copyright Materials.** You may copyright any work eligible for copyright protection subject to HUD's right to reproduce, publish, or otherwise use your work for Federal purposes, and to authorize others to do so as required in 2 CFR 215.36.

**d. Complaints Against Awardees.** Each FHIP award is overseen by a HUD GO (See www.hud.gov for list of FHEO Regional Directors). Complaints from the public against FHIP grantees should be forwarded to the POC listed above in Section VII Agency Contact(s). If, after notice and consideration of relevant information, the Grant Officer concludes that there has been inappropriate conduct, such as a violation of FHIP requirements, terms or conditions of the grant agreement, or any other applicable statute, regulation or other requirement, HUD will take appropriate action under 24 CFR § 84.62. Such action may include: written reprimand; consideration of past performance in awarding future FHIP applications; repayment to HUD of funds received under the grant; or temporary or permanent denial of participation in the FHIP under 24 CFR part 24.

**e. Double Payments.** If an applicant is awarded funds under this NOFO, the applicant (and any contractor or consultant) may not charge or claim credit for the activities performed under this project under any other Federally assisted project.

**f. Performance Sanctions.** A grantee or contractor violating the requirements in its grant agreement will be liable for such sanctions as authorized by law, including repayment of improperly used funds, termination of further participation in the FHIP, and denial of further participation in programs of HUD or any federal agency.

**g. Corrections to Deficient Applications.** In order not to unreasonably exclude applications from being rated and ranked, HUD may contact applicants to ensure proper completion of the application and will do so uniformly for all applicants. HUD may not seek clarification of items or responses that improve the substantive quality of an applicant's response to any rating factors or correct deficiencies which are in whole or part of a rating factor. Applicants will have 5 business days from date of notification to submit the required documents to HUD. Applicants will be notified by email and telephone about corrections to ensure notification. The applicants must submit the corrections by using the form HUD Form 90611 found in their downloaded application to submit the technical cures to HUD.

**h. Compliance.** For preparing and submitting applications, please ensure HUD's compliance with: (a) Executive Order 13132 which prohibits an agency from promulgating policies that have federalism implications and either impose substantial direct compliance costs not required by statute, or preempt state law, unless the relevant requirements of Section 6 of the executive order

are met; and (b) Sections 102 and 103 of the Department of Housing and Urban Development Reform Act of 1989.

## APPENDIX

FR-6700-N-21-C - Fair Housing Initiatives Program - Private Enforcement Initiative

**APPENDIX A**

**STATEMENT OF WORK - SAMPLE FORMAT -** The Administrative Tasks listed in Appendix A are standard general tasks, however an applicant may edit the section to fit the applicant's specific necessary tasks.  Under the Program Tasks section, each applicant should complete a detailed SOW based on the specific enforcement and/or EOI activities proposed in the organization's application, including activities and tasks, and proposed outcomes where applicable.

**FY2023 NOFO**

**Statement of Work for:**

The recipient,_____ , agrees to undertake the following activities in accordance with its FY2023 application for funding under the Initiative--_____ Project (if applicable) for a ____-month project commencing_____ , 2023 in the geographic area of _____.

### Administrative Tasks

| Activities | Tasks | Submitted By | Key Personnel |
|---|---|---|---|
| 1. Assign staff to project | Submit assignment memo or other documents assigning staff by name and number of hours to be spent on the project | 30 days | |
| 2. Execute subcontracts agreements (if any) | Submit draft contract for GTR approval.  Submit copy of signed agreement. | 30 days | |
| 3. Submit evidence of compliance with 24 CFR 125.107 (if program activities include testing) | Submit copy of organization written conflict of interest policy, demonstrating 24 CFR 125.107 compliance including conflict of interest and other requirements. | TBD during negotiations | |
| 4. Complete HUD-2880 Disclosure Statements | Submit Disclosure Statement.  If no changes occur, submit statement of no change | Quarterly when changes occur | |
| 5. Complete SF-LLL Disclosure of Lobbying Activities | Submit updated form.  If no changes occur, submit statement of no change | Quarterly when changes occur | |

| | | | |
|---|---|---|---|
| 6.  Quarterly Report of Performance | Submit two (2) copies of quarterly report of performance.  Include outcomes and progress towards achieving outcomes. | Quarterly | |
| 7.  Complete SF-425 Financial Status Report and Written Quarterly Status Reports on All Activities | Submit two (2) copies of SF-425 and Copy of Written Report. | Quarterly | |
| 8.Voucher of Payment | Submit payment request to LOCCS | Per payment schedule | |
| 9.  Complete listing of current or pending Grants/ Contracts/Other Financial Agreements | Submit listing for Recipient and any contractors | 45 days and at the end of the grant | |
| 10.  Prepare Summary of First Year (36 month grant) | Submit summary of first year accomplishments | 395 days | |
| 11.  Prepare and submit draft of Final Report and HUD Forms 904-A, 904-B and 904-C | Submit two (2) copies of draft final report. Report summary should include **objectives, accomplishments and results (outcomes).** Complaint and testing activities should summarize data on complaints received and test conducted by basis and issue and outcomes should include number of credible, legitimate complaints filed with HUD, State and local Fair Housing Agency, Department of Justice or Private Litigator; and Types of Relief/Results. | One month before end of grant term. | |

**Program Tasks**
**\*Activities and tasks (sample only) are based on an organization's individual proposed activities and tasks.**

| Activities/Tasks | Outcome(s) | Submitted By |
|---|---|---|
| 1. Contact HUD and/or other information sources to obtain any appropriate materials prior to development of new material.  Task:  List of materials requested and copy of final products | | 90 days |

| | | |
|---|---|---|
| 2.  Review/refine process to refer potential victims to HUD, DOJ, a state or local agency, or a private attorney.  Task: Copy of referral process.  All audit-based enforcement actions should be referred to HUD. | | 45 days |
| 3.  Intake and process complaints, including testing and referral. Complete Enforcement Log which details complaints received; dates; the protected basis of complaints; the issue, test type, and number of tests utilized in the investigation of each allegation; the respondent type and testing results; the tie for case processing; including administrative or judicial proceedings; the cost of testing activities and case processing; to whom the case was referred.  Task:  Submit copy of Enforcement Log and a report on number of enforcement proposals referred to HUD. | | Quarterly |
| 4.  Submit tester training and other forms for review/approval. | | 60 days |
| 5.  Train staff on fair housing. Task:  number of hours spent in training. | | |
| 6.  Conduct at least ___ training for landlords, lenders, insurers or real estate agents. | | |
| 7.  Conduct at least __ training(s) for potential victims of discrimination. | | |
| 8.  Make at least ___ referrals of non-fair housing issues. | | |
| 9.  Evaluate at ___ potential complaints for enforcement. | | |

**APPENDIX B**
**CERTIFICATION FOR PEI APPLICANTS**
 FR-6700-N-21-C

I/WE [applicant] _____, certify under penalty of perjury that the information provided below is true and correct.  WARNING:  Anyone who knowingly submits a false claim or makes a false statement is subject to criminal and/or civil penalties, including confinement for up to 5 years, fines, and civil and administrative penalties. (18 U.S.C.

§§  287, 1001, 1010, 1012; 32 U.S.C § 3729, 3802)

Applicant Name: _____
                      (Applicant name same as it appears on SF 424)

In accordance with 24 CFR §125.103 (definitions) and §125.401 (Private Enforcement
Initiative), which states:

(a) The Private Enforcement Initiative provides funding on a single-year or multi-year basis, to
investigate violations and obtain enforcement of the rights granted under the Fair Housing Act or
State or local laws that provide rights and remedies for discriminatory housing practices that are
substantially equivalent to the rights and remedies provided in the Fair Housing Act. Multi-year
funding may be contingent upon annual performance reviews and annual appropriations.

(b) Organizations that are eligible to receive assistance under the Private Enforcement Initiative
are:

(1) Qualified fair housing enforcement organizations.

(2) Fair housing enforcement organizations with at least 1 year of experience in complaint
intake, complaint investigation, testing for fair housing violations and enforcement of
meritorious claims. For the purposes of meeting this 1 year qualification period, it is not
necessary that the activities were conducted simultaneously, as long as each activity was
conducted for 1 year. It is also not necessary for the activities to have been conducted for a
continuous year. An organization may aggregate its experience in each activity over the 2-year
period preceding its application to meet Title 24: Housing and Urban Development.
I _____certify that
    (Applicant name as it appears on SF 424)


_____is a private,
    (Applicant Organization name as it appears on SF 424)


tax-exempt, nonprofit, charitable organization and has a "letter of determination" from the IRS
confirming 501(c)(3).

AND

I _____certify that
    (Applicant name as it appears on SF 424)


_____is a is a Qualified Fair
    (Applicant Organization name as it appears on SF 424)
 Housing Organization (QFHO) or a Fair Housing Enforcement Organization (FHO) with at least
one year's experience in complaint intake, complaint investigation, testing for fair housing
violations, and meritorious claims.

As defined by 24 CFR Part 125.103`, my organization is:

__ QFHO (entity has at least two years of enforcement-related experience); and organization is currently engaged in each of the activities at the time this application is submitted: Complaint intake; Complaint investigation; Testing for fair housing violations; and Enforcement of meritorious claims.

OR

__ FHO (entity has at least one year of enforcement-related experience); and is currently engaged in each of the activities and upon receipt of funds will continue to be engaged in each enforcement-related activity: Complaint intake; Complaint investigation; Testing for fair housing violations; and Enforcement of meritorious claims

NOTE: The Technical Evaluation Panel will verify this certification through the organization's response to Factor 1. In accordance with FHIP regulation at 2 CFR §125.103, "the Department may request an organization to submit documentation to support its claimed status as an FHO."

**APPENDIX C**
**FR-6700-N-21-C**
**REQUIRED ABSTRACT – SAMPLE FORMAT** - All applicants should use the format outlined in this Appendix as an example and guidance to describe the organization's project.
**FY2023 NOFO ABSTRACT for:**

The applicant,___(insert name of applicant)_____ , if awarded, agrees to undertake the following activities
in accordance with its FY 2023 application for funding in the amount of $ _____
under the _____Initiative-_____ Component    (if applicable) for a
_____-month project commencing  (month/year) in the geographic area of
_____.
(Insert Name of Applicant) **is/is not** (select one) a new FHIP applicant.

Award Description:

    a. **Purpose** (up to 3,600 character limit)

  b. **Activities to be Performed** (up to 4,900 character limit)

  c. **Expected Outcomes** (up to 4,900 character limit)

  d. **Intended Beneficiaries** (up to 3,600 character limit)

  e. **Subrecipient Activities Or Indicate "None"** if the applicant does not intend to use subawards (up to 1,000 character limit)

| Award Description Key Words/Phrases | Definitions |
|---|---|
| **Purpose** | A brief summary of how and where the award funds will or may be used. |
| **Activities To Be Performed** | A list of eligible proposed activities that the applicant proposes to implement within the award's period of performance. |
| **Expected Outcomes** | A list of the proposed outcome or performance measures for the grant award. |

| Award Description Key Words/Phrases | Definitions |
|---|---|
| **Intended Beneficiaries** | A list of intended eligible beneficiaries or protected classes to be targeted through the grant award activities. |
| **Subrecipient Activities** | A list of eligible proposed activities that must be executed within the subaward's period of performance. |

# EXHIBIT 2-B

Awardee: San Antonio Fair Housing Council, Inc.                                    **ATTACHMENT F**
Grant #:  FPEI230123, Multi-Year, Year 1
Initiative/Component:  HUD FHIP PEI

## FINAL STATEMENT OF WORK
### (FY2023 Grant Award)

The recipient, <u>San Antonio Fair Housing Council, Inc. doing business as the Fair Housing Council of South Texas</u>, agrees to undertake the following activities in accordance with its FY2023 application for funding under the <u>HUD Fair Housing Initiatives Program (FHIP) Private Enforcement Initiative Multi-Year (PEI-MY)</u> Project for a <u>36</u> month project with Year One commencing May 1, 2024, in the geographic area of <u>thirty-seven (37) South Texas Counties which consist of Atascosa, Bandera, Bexar, Brooks, Cameron, Comal, Dimmit, Duval, Edwards, Frio, Gillespie, Gonzales, Guadalupe, Hidalgo, Jim Hogg, Jim Wells, Karnes, Kendall, Kenedy, Kerr, Kinney, Kleberg, LaSalle, Live Oak, Maverick, McMullen, Medina, Nueces, Real, Starr, Uvalde, Val Verde, Webb, Willacy, Wilson, Zapata, and Zavala.</u>

| ADMINISTRATIVE ACTIVITIES | | | |
|---|---|---|---|
| **ACTIVITIES** | **TASKS** | **DATE TO BE SUBMITTED** | **SUBMITTED TO** |
| 1.  Assign key personnel and hire any new employees. | Submit list of key personnel with name, position assignment, and number of hours to be spent on the project. | 90 days | GTR/GTM |
| 2.  Execute subcontracts agreements (if any). | Submit draft contract for GTR approval. Submit copy of signed agreement. | 90 days | GTR/GTM |
| 3.  Submit evidence of compliance with 24 CFR 125.07 (if program activities include testing). | Submit copy of organization's written conflict of interest policy demonstrating 24 CFR 125.07 compliance including conflict of interest and other requirements. | 60 days | GTR/GTM |
| 4.  Complete Listing of Current or Pending Grants/Contracts/Other Financial Agreements. | Submit listing for Recipient and any contractors. | 90 days and at end of grant | GTR/GTM |

**Awardee: San Antonio Fair Housing Council, Inc.**　　　　　　　　　　　**ATTACHMENT F**
**Grant #:  FPEI230123, Multi-Year, Year 1**
**Initiative/Component:  HUD FHIP PEI**

| 5.  Complete HUD-2880 Disclosure Statements. | Submit Disclosure Statement. If no changes occur, submit statement of no change. | Quarterly and at end of grant; when changes occur submit corrected info within 15 days | GTR/GTM |
|---|---|---|---|
| 6.  Complete SF-LLL Disclosure of Lobbying Activities. | Submit Updated Form. If no changes occur, submit statement of no change. | Quarterly and at end of grant; when changes occur submit corrected info within 15 days | GTR/GTM |
| 7.  Complete HUD-27061 Race and Ethnic Data Reporting Form. | Submit Report Form. | Quarterly | GTR/GTM |
| 8.  Complete SF-425 Financial Status Report and Written Quarterly Status Reports on All Activities. | Submit SF-425 and Copy of Written Report | Quarterly and with Final Report | GTR/GTM |
| 9.  Submit Quarterly Report of Performance. | Submit report via electronic mail to GTR and GTM. Include outcomes and progress towards achieving outcomes. | Quarterly | GTR/GTM |
| 10.  Voucher for Payment. | Submit payment request to LOCCS. | Per Payment Schedule per GTR | GTR/GTM |
| 11.  Submit (FHIP only) Quarterly General Ledger and all supporting documentation. | Submit a copy of FHIP general ledger. | Quarterly | GTR/GTM |
| 12.  Submit all time and attendance records for FHIP grant employees. | Submit copies of all time and attendance records. | Quarterly | GTR/GTM |
| 13.  Prepare and submit draft of Final Report and HUD Forms 904-A, 904-B and 904-C | Submit report via electronic mail to GTR and GTM.<br><br>Submit two (2) copies of draft final report. Report summary should include **objectives, accomplishments and** | One month before end of grant term | GTR/GTM |

**Awardee: San Antonio Fair Housing Council, Inc.**                                    **ATTACHMENT F**
**Grant #:  FPEI230123, Multi-Year, Year 1**
**Initiative/Component:  HUD FHIP PEI**

| | | | |
|---|---|---|---|
| | **results (outcomes).** Complaint and testing activities should summarize data on complaints received and test conducted by basis and issue and outcomes should include number of credible, legitimate complaints filed with HUD, State and local Fair Housing Agency, Department of Justice or Private Litigator; and Types of Relief/Results. | | |
| 14.  PROGRAM INCOME: (1) a detailed explanation, which explains what gave rise to the program income, provided to the Government Technical Representative and the Grant Officer within thirty days (30) before the end date of the grant period of performance; and (2) the grantee must submit a request to the Grant Officer outlining the planned use of the  program income and receive the Grant Officer's approval of this request prior to use of the funds. Additionally, if the grantee wishes to use these funds to offset increased indirect costs, the grantee must request such approval from the Grant Officer within thirty days (30) before the end date of the grant period of performance. | If applicable, request must be submitted, via email, and approved by the GO and GTR within thirty days (30) before the end date of the grant performance period. | On or before 355 days | GTR/GTM |
| 15. EXCESS FUNDS REQUIREMENT: Thirty (30) days prior to the end of the period of performance for each grant, the HUD GTR and GTM will review the | Submission of this information to the GO and GTR within thirty days (30) before the end date of the grant performance period. | On or before 355 days | GTR/GTM |

Awardee: San Antonio Fair Housing Council, Inc.                    **ATTACHMENT F**
Grant #:  FPEI230123, Multi-Year, Year 1
Initiative/Component:  HUD FHIP PEI

| | | | |
|---|---|---|---|
| grant's financial account of received and approved invoices, and approved budget to determine if all grant funding has been expended in accordance with the negotiated agreement. The grantee is required to maintain appropriate records to support actual expenditures by budget line item of funds used. If funds have not been utilized completely, the grantee must provide the following: a detailed explanation, which explains by budget line item what gave rise to the unused fund balance. Submission of this information to the GO and GTR within thirty days (30) before the end date of the grant performance period. | Excess Funds must be returned as per Attachments A & B of the grant agreement. 2 CFR 200.344 | | |
| 16.  Submit Final Report for Year One | Submit via email a copy of the Final Report and All Final Products not previously submitted to GTR and GTM. Submit activities and database entry sheet(s) or detailed description of items submitted to GTR/GTM.<br><br>Report summary should include objectives, accomplishments, and results (outcomes). Complaint and testing activities should summarize data on complaints received and tests conducted by basis and issue. Outcomes should include number of credible, legitimate complaints filed with HUD, State or local Fair Housing Agency, | Within 90 days after end of grant term | GTR/GTM |

Awardee: San Antonio Fair Housing Council, Inc.                    **ATTACHMENT F**
Grant #:  FPEI230123, Multi-Year, Year 1
Initiative/Component:  HUD FHIP PEI

| | Department of Justice or Private Litigator, and Types of Relief/Results. | | |
|---|---|---|---|

| KEY PERSONNEL TITLE | NAME | OFFICE | % PROJECT TIME |
|---|---|---|---|
| Executive Director | Sandra Tamez | San Antonio Office | Full-time / 100 % |
| Enforcement Program Manager | Roxann Contreras | San Antonio Office | Full-time / 100 % |
| Fair Housing Specialist | Gerardo Flores | San Antonio Office | Full-time / 100 % |
| Fair Housing Specialist | Zenobia Tucker | San Antonio Office | Full-time / 100 % |
| Intake Specialist | Iris Esquivel | Working Remotely | Part-time / 74 % |
| Intake Specialist | Andrea Romero | San Antonio Office | Part-time / 63 % |

| PROGRAM ACTIVITIES | | | |
|---|---|---|---|
| ACTIVITIES & TASKS | TASKS | DATE TO BE SUBMITTED | SUBMITTED TO |
| 1.  Contact HUD and/or other information sources to obtain any appropriate materials prior to development of new materials. | Submit list of contacts made and materials requested. Submit copy of final products. | 90 days | GTR/GTM |
| 2.  Translate 2 of the organization's documents from English into Spanish, Chinese, and Tagalog. | Submit copy of translated materials. | 90 days | GTR/GTM |
| 3.  Review/refine referral process to refer potential victims to HUD, DOJ, a State or local agency, or a private attorney. | Submit copy of Referral Process to HUD GTR for review and approval via the FHIP-FHAP-6-GTR@hud.gov email box.<br>All audit-based enforcement actions should be referred to HUD. | 60 days | GTR/GTM |

**Awardee: San Antonio Fair Housing Council, Inc.**                    **ATTACHMENT F**
**Grant #:  FPEI230123, Multi-Year, Year 1**
**Initiative/Component:  HUD FHIP PEI**

| | | | |
|---|---|---|---|
| 4.  Submit Non-Rental or Accessibility Testing Methodology and tester training for HUD review and approval. | Submit testing methodology and tester training to HUD GTR review and approval via the FHIP-FHAP-6-GTR@hud.gov email box. | 60 days | GTR/GTM |
| 5.  Identify output goals and output results methodology. | Submit draft of output goals and output results methodology to HUD for review and approval. | 90 days | GTR/GTM |
| 6.  Intake and process complaints, including testing and referral. Complete Enforcement Log which details complaints received; dates; the protected basis of these complaints; the issue, test type, and number of tests utilized in the investigation of each allegation; the respondent type and testing results; the time for case processing, including administrative or judicial proceedings; the cost of testing activities and case processing; to whom the case was referred; and resolution/type of relief sought and received. | Submit copy of FHIP Intake & Enforcement Log and a report on the number of enforcement proposals referred to HUD. | Quarterly | GTR/GTM |
| 7.  Inquiries should be submitted to FHEO/Intake within 30 days of the FHIP receiving the complaint or 30 days prior to expiration of the Fair Housing Act's one-year complaint filing deadline, whichever comes first. | Criteria for submission:<br>• When the interview with the Claimant took place.<br>• When the Representation Letter was signed by the Claimant and/or Date of the Test. | Within 30 days of the FHIP receiving the complaint or 30 days prior to SOL expiration date. | GTR/GTM |
| 8. Submit tester training and other forms for review/approval. | Submit tester training and other forms to HUD GTR for review and approval via the FHIP-FHAP-6-GTR@hud.gov email box. | 60 days | GTR/GTM |

Awardee: San Antonio Fair Housing Council, Inc.                                **ATTACHMENT F**
Grant #:  FPEI230123, Multi-Year, Year 1
Initiative/Component:  HUD FHIP PEI

| | | | |
|---|---|---|---|
| 9.  Receive and evaluate at least 400 complaint allegations [with at least 8 complaints from Nueces County, 10 complaints from the San Antonio Eastside Promise Zone, and 20 complaints from the Rio Grande Valley area—Cameron County, Hidalgo County, Starr County, and/or Willacy County] for enforcement. | Submit copy of Discrimination Complaint Allegations Log.<br><br>Submit Inventory of Complaints Processed and/or FHIP Tests Conducted Report. | Quarterly | GTR/GTM |
| 10.  Provide at least 900 households with fair housing guidance and counseling on discriminatory housing practices [with at least 8 from Nueces County, 10 from the San Antonio Eastside Promise Zone, and 20 from the Rio Grande Valley area—Cameron County, Hidalgo County, Starr County, and/or Willacy County]. | Submit copy of FHIP Intake & Enforcement Log. | Quarterly | GTR/GTM |
| 11.  Counsel at least 250 complainants with disabilities regarding reasonable accommodation or modification requests. | Submit copy of Discrimination Complaint Allegation Log. | At least 10 per quarter and the remainder during the Fourth Quarter | GTR/GTM |
| 12.  Submit at least 140 reasonable accommodation or modification requests to housing providers on behalf of disabled complainants. | Submit copy of Reasonable Accommodation/Reasonable Modification Requests Log. | At least 10 per quarter and the remainder during the Fourth Quarter | GTR/GTM |
| 13.  Conduct at least 30 systemic investigations initiated under the current grant [with at least 1 in the San Antonio Eastside Promise Zone, 2 in Nueces County, and 7 in the Rio Grande Valley area—Cameron County, Hidalgo County, Starr County, and/or Willacy County]. | Submit copy of Systemic Investigations Log. | At least 5 per quarter and the remainder during the Fourth Quarter | GTR/GTM |

**Awardee: San Antonio Fair Housing Council, Inc.**  **ATTACHMENT F**
**Grant #:  FPEI230123, Multi-Year, Year 1**
**Initiative/Component:  HUD FHIP PEI**

| | | | |
|---|---|---|---|
| 14.  Conduct at least 2 joint systemic investigations initiated with other fair housing organizations. | Submit copy of Joint Systemic Investigations Log. | During the Fourth Quarter | GTR/GTM |
| 15.  Conduct at least 130 Rental test parts [with at least 8 in the San Antonio Eastside Promise Zone, 10 in Nueces County, and 32 in the Rio Grande Valley area—Cameron County, Hidalgo County, Starr County, and/or Willacy County]. | Submit copy of Testing Log. | At least 20 per quarter and the remainder during the Fourth Quarter | GTR/GTM |
| 16.  Conduct at least 5 Accessibility Design/Construction test parts. | Submit copy of Testing Log. | At least 1 per quarter and the remainder during the Fourth Quarter | GTR/GTM |
| 17.  Conduct at least 12 Sales test parts. | Submit copy of Testing Log. | At least 2 per quarter and the remainder during the Fourth Quarter | GTR/GTM |
| 18.  Conduct at least 6 Lending test parts. | Submit copy of Testing Log. | At least 1 per quarter and the remainder during the Fourth Quarter | GTR/GTM |
| 19.  Train staff on fair housing (at least 32 training hours). | Submit copy of Staff Training Log. | Quarterly | GTR/GTM |
| 20.  Conduct at least 10 mediation efforts with housing providers. | Submit copy of Mediation Efforts Log. | At least 1 per quarter and the remainder during the Fourth Quarter | GTR/GTM |

**Awardee: San Antonio Fair Housing Council, Inc.**                                    **ATTACHMENT F**
**Grant #:  FPEI230123, Multi-Year, Year 1**
**Initiative/Component:  HUD FHIP PEI**

| | | | |
|---|---|---|---|
| 21.  Refer at least 2 complaints to private attorneys. | Submit information regarding case numbers referred to private attorneys and whether accepted for litigation. | By the end of grant | GTR/GTM |
| 22.  Refer at least 50 housing discrimination complaints to HUD. | Submit copy of HUD Complaint Referral Log. | At least 6 per quarter and the remainder during the Fourth Quarter | GTR/GTM |
| 23. Conduct at least 2 outreach activities to local/State jurisdictions to inform them of the obligation to AFFH and penalties for fair housing discrimination. | Submit copy of Education and Outreach Log.<br><br>Submit copies of E&O Report Forms and/or attendance sign-in sheets, as applicable. | By the end of grant | GTR/GTM |
| 24.  Conduct at least 10 outreach activities in the San Antonio Eastside Promise Zone to increase awareness of how the Fair Housing Act can be used to address housing barriers faced by victims of domestic violence, persons with criminal backgrounds, and persons with disabilities and to improve their living environments, health, and safety. | Submit copy of Education and Outreach Log.<br><br>Submit copies of E&O Report Forms and/or attendance sign-in sheets, as applicable.<br><br>Submit Faith-Based Activities Report. | At least 1 per quarter and the remainder during the Fourth Quarter | GTR/GTM |
| 25.  Provide direct mailings to at least 2,500 households in Bexar County (which are affirmatively marketed to underserved communities consisting of low-income households, persons with disabilities, persons with Limited English Proficiency, and/or Black and Brown | Submit copy of Education and Outreach Log and supporting documents | Quarterly | GTR/GTM |

**Awardee: San Antonio Fair Housing Council, Inc.**
**Grant #: FPEI230123, Multi-Year, Year 1**
**Initiative/Component: HUD FHIP PEI**

**ATTACHMENT F**

| | | | |
|---|---|---|---|
| persons or communities) which will include educational information to address discriminatory housing practices, to eliminate environmental health hazards in their dwelling units, to obtain reasonable accommodations and/or structural modifications, and to provide meaningful access to and engagement in the Council's programs and complaint process. | | | |
| 26.  Provide direct mailings to at least 2,500 households in Hidalgo County (which are affirmatively marketed to underserved communities consisting of low-income households, persons with disabilities, persons with Limited English Proficiency, and/or Black and Brown persons or communities) which will include educational information to address discriminatory housing practices, to eliminate environmental health hazards in their dwelling units, to obtain reasonable accommodations and/or structural modifications, and to provide meaningful access to and engagement in the Council's programs and complaint process. | Submit copy of Education and Outreach Log and supporting documents. | Quarterly | GTR/GTM |
| 27.  Provide direct mailings to at least 2,500 households in Nueces County (which are affirmatively marketed to underserved communities consisting of low-income households, persons with disabilities, persons with Limited English Proficiency, and/or Black and Brown persons or communities) which will include educational information to address discriminatory housing practices, to eliminate environmental health hazards in their dwelling units, to obtain reasonable accommodations and/or structural modifications, and to provide meaningful access to and engagement in the Council's programs and complaint process. | Submit copy of Education and Outreach Log and supporting documents. | Quarterly | GTR/GTM |

**Awardee: San Antonio Fair Housing Council, Inc.**                                                    **ATTACHMENT F**
**Grant #:  FPEI230123, Multi-Year, Year 1**
**Initiative/Component:  HUD FHIP PEI**

| | | | |
|---|---|---|---|
| 28.  Conduct at least 6 outreach activities to organizations that address homelessness issues to provide assistance with housing discrimination issues contributing to homelessness. | Submit copy of Education and Outreach Log.<br><br>Submit copies of E&O Report Forms and/or attendance sign-in sheets, as applicable.<br><br>Submit Faith-Based Activities Report. | At least 1 per quarter and the remainder during the Fourth Quarter | GTR/GTM |
| 29.  Maintain informative, useful social media pages and website. | Submit stat reports on number of views of website, Facebook posts, and Instagram posts. | Quarterly | GTR/GTM |

# EXHIBIT 2-C

**Awardee:  San Antonio Fair Housing Council, Inc.**

**ATTACHMENT G**

**Grant #:  FPEI230123, Multi-Year, Year 1**

**Initiative/Component: HUD FHIP PEI**

### GRANT PAYMENT SCHEDULE (FY 2023 Grant Award)
### (YEAR 1—May 1, 2024 through April 30, 2025)

**YEAR 1:**

| Payment Number | Tasks to be completed | Deliverables Due Date (From Performance Period Start Date—05/01/2024): | Amount |
|---|---|---|---|
| Payment 1 | Admin. Tasks:  1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12<br><br>Program Tasks:  1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 15, 16, 17, 18, 19, 20, 22, 24, 25, 26, 27, 28, 29 | 90 days—07/30/2024 | $ 106,250.00 |
| Payment 2 | Admin. Tasks:  5, 6, 7, 8, 9, 10, 11, 12<br><br>Program Tasks:  6, 7, 9, 10, 11, 12, 13, 15, 16, 17, 18, 19, 20, 22, 24, 25, 26, 27, 28, 29 | 180 days—10/30/2024 | $ 106,250.00 |
| Payment 3 | Admin. Tasks:  5, 6, 7, 8, 9, 10, 11, 12<br><br>Program Tasks:  6, 7, 9, 10, 11, 12, 13, 15, 16, 17, 18, 19, 20, 22, 24, 25, 26, 27, 28, 29 | 270 days—01/31/2025 | $ 106,250.00 |
| Payment 4 | Admin. Tasks:  4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16<br><br>Program Tasks:  6, 7, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29 | 365 Days—04/30/2025 | $ 106,250.00 |
| | | (Final Report due no later than 90 days after grant period ends) | |
| TOTAL | **Federal Amount of FHIP Grant** | | **$ 425,000.00** |

Payments approved by the Grant Officer or person with delegate responsibilities after acceptance of tasks by the Government Technical Representative (GTR).

Payments shall be requested through HUD's Electronic Line of Credit and Control System (eLOCCS).

# EXHIBIT 2-D

**FACTOR 2:  Need/Distress/Extent of the Problem (16 points)**

San Antonio Fair Housing Council, Inc. (SAFHC) d/b/a Fair Housing Council of South Texas is proposing to conduct a broad-based and full-service project (South Texas Fair Housing Project) during a 36-month period that will provide both fair housing enforcement and educational activities based on all seven protected classes in the geographic area of 37 South Texas Counties which consist of Atascosa, Bandera, Bexar, Brooks, Cameron, Comal, Dimmit, Duval, Edwards, Frio, Gillespie, Gonzales, Guadalupe, Hidalgo, Jim Hogg, Jim Wells, Karnes, Kendall, Kenedy, Kerr, Kinney, Kleberg, LaSalle, Live Oak, Maverick, McMullen, Medina, Nueces, Real, Starr, Uvalde, Val Verde, Webb, Willacy, Wilson, Zapata, and Zavala County—counties which include highly segregated, rural, and underserved populations. Although Texas has a State FHAP, the sheer physical size and diversity of the State can present obstacles for the FHAP and it cannot sufficiently serve these underserved areas. SAFHC is the nearest fair housing enforcement organization (with testing capabilities) to these underserved counties and its staff already has recent, relevant, and successful experience conducting fair housing activities in these counties under its current and previous FHIP PEI grants. Based on past successful fair housing activities in the targeted areas, SAFHC is the best agency to serve these areas in the most efficient and effective way.

(1) <u>Problem Statement:</u> The City of San Antonio is located in Bexar County. According to the City of San Antonio's (COSA) Consolidated Plan for Years 2022-2026 https://shorturl.at/bT045, there are various fair housing needs of the community, such as housing placement for homeless individuals, creation of affordable housing, creation of accessible housing for disabled individuals, and correcting substandard housing conditions. But COSA's Consolidated Plan for Years 2022-2026 fails to conduct a thorough analysis and identification of impediments to fair housing such as patterns of segregation, racial bias, lack of education about fair housing, and strategies/actions

1

to overcome such barriers. COSA's Consolidated Plan fails in meeting HUD'S Affirmatively Furthering Fair Housing (AFFH) requirement which was put in place to overcome historic patterns of segregation, promote fair housing choice, and foster inclusive communities that are free from discrimination. Thus, because COSA's Consolidated Plan failed to conduct a thorough and comprehensive analysis of impediments to fair housing, SAFHC's proposed activities include conducting at least 2 outreach activities to local/State jurisdictions to inform them of the obligation to AFFH and penalties for fair housing discrimination. In addition, SAFHC proposes to conduct testing and systemic investigations to uncover and combat housing discrimination in the area. Furthermore, SAFHC proposes to conduct education and outreach efforts to consumers to increase their awareness about fair housing laws which will allow them to recognize and report housing discrimination. Thus, the needs and/or impediments addressed in this document relate to and show a direct relationship to SAFHC's proposed Statement of Work (SOW) Program Tasks #1 (obtaining new fair housing resource materials), #2 (translating documents from English into Spanish, Chinese and Tagalog), #6 (conducting complaint intakes), #7 (evaluating complaint allegations for enforcement), #8 (providing households with fair housing counseling), #9 (counseling clients with disabilities about accommodation or modification requests), #10 (submitting reasonable accommodation or modification requests to Respondents on behalf of disabled clients), #11 (conducting systemic investigations), #12 (conducting joint systemic investigations with other FHIP organizations), #13 (conducting rental test parts), #14 (conducting design and construction test parts), #15 (conducting sales test parts), #16 (conducting lending test parts), #17 (train staff on fair housing), #18 (conducting mediation efforts), #19 (referring complaints to attorneys), #20 (referring complaints to HUD), #21 (conducting outreach activities to local/State jurisdictions in order to AFFH), #22 (conducting outreach activities in the Promise

Zone to address housing barriers, health, safety, etc.), #23 (providing underserved households in Bexar County with information to address discriminatory housing practices and environmental health hazards), #26 (conducting outreach activities to organizations addressing homelessness), and #27 (maintaining social media pages and website). These proposed activities meet the specific fair housing needs identified and documented in this target area because the activities proposed will involve SAFHC conducting systemic investigations, testing, and outreach in the target area which have proven to be highly effective strategies and interventions to uncover housing discrimination, combat housing discrimination, provide resolutions to victims, and provide solutions to deter these discriminatory housing practices from continuing in the housing market in the target area.

The City of McAllen is located in Hidalgo County. According to the City of McAllen's Consolidated Plan for Years 2023-2027 https://bit.ly/474lVLR, there are various fair housing barriers in the community, such as the need for fair housing opportunities, rehabilitation of existing housing stock, and affordable housing development. In addition, the plan stresses there is a more pronounced need to address the housing needs for vulnerable populations such as those who are disabled, victims of domestic violence, dating violence, sexual assault, and stalking. Moreover, the plan states that socio- or economic factors impede residents' access to fair housing information and ability to purchase or access housing where one chooses. Further, the plan reveals that an apathy toward fair housing issues exists.  However, the City of McAllen's Consolidated Plan for the years 2023-2027, fails to conduct a thorough and comprehensive analysis of needs and/or impediments to fair housing choice, such as patterns of segregation, racial bias, lack of education about fair housing, and strategies/actions to overcome such barriers. Thus, because of this deficiency in meeting HUD's AFFH requirements, SAFHC's proposed activities include

conducting at least 2 outreach activities to local/State jurisdictions to inform them of the obligation to AFFH and penalties for fair housing discrimination. In addition, SAFHC proposes to conduct testing and systemic investigations to uncover and combat housing discrimination in the area. Furthermore, SAFHC proposes to conduct education and outreach efforts to consumers to increase their awareness about fair housing laws which will allow them to recognize and report housing discrimination. Thus, the needs and/or impediments addressed in this document relate to and show a direct relationship to SAFHC's proposed SOW Program Tasks #1 (obtaining new fair housing resource materials), #2 (translating documents from English into Spanish, Chinese and Tagalog), #6 (conducting complaint intakes), #7 (evaluating complaint allegations for enforcement), #8 (providing households with fair housing guidance/counseling), #9 (counseling clients with disabilities about accommodation or modification requests), #10 (submitting accommodation or modification requests on behalf of disabled clients), #11 (conducting systemic investigations), #12 (conducting joint systemic investigations with other FHIP organizations), #13 (conducting rental test parts), #14 (conducting design and construction test parts), #15 (conducting sales test parts), #16 (conducting lending test parts), #17 (train staff on fair housing), #18 (conducting mediation efforts), #19 (referring complaints to attorneys), #20 (referring complaints to HUD), #21 (conducting outreach activities to local/State jurisdictions in order to AFFH), #24 (providing underserved households in Hidalgo County with information to address discriminatory housing practices and environmental health hazards), #26 (conducting outreach activities to organizations addressing homelessness), and #27 (maintaining social media pages and website). These proposed activities meet the specific fair housing needs identified and documented in this target area because the activities proposed will involve SAFHC conducting systemic investigations, testing, and outreach in the target area which have proven to be highly effective strategies and interventions to

uncover housing discrimination, combat housing discrimination, provide resolutions to victims, and provide solutions to deter these discriminatory housing practices from continuing in the housing market in the target area.

The City of Corpus Christi is located in Nueces County. According to the City of Corpus Christi's Consolidated Plan for Years 2018-2022 https://bit.ly/479oeNM, there are various fair housing needs of the community, such as the need for local private fair housing outreach and enforcement, local public fair housing enforcement, resources for fair housing agencies and organizations, and accessible housing for persons with disabilities. Thus, the needs and/or impediments addressed in this document relate to and show a direct relationship to SAFHC's proposed SOW Program Tasks #1 (obtaining new fair housing resource materials), #2 (translating documents from English into Spanish, Chinese and Tagalog), #6 (conducting complaint intakes), #7 (evaluating complaint allegations for enforcement), #8 (providing households with fair housing guidance/counseling), #9 (counseling clients with disabilities about accommodation or modification requests), #10 (submitting accommodation or modification requests on behalf of disabled clients), #11 (conducting systemic investigations), #12 (conducting joint systemic investigations with other FHIP organizations), #13 (conducting rental test parts), #14 (conducting design and construction test parts), #15 (conducting sales test parts), #16 (conducting lending test parts), #17 (train staff on fair housing), #18 (conducting mediation efforts), #19 (referring complaints to attorneys), #20 (referring complaints to HUD), #21 (conducting outreach activities to local/State jurisdictions in order to AFFH), #25 (providing underserved households in Nueces County with information to address discriminatory housing practices and environmental health hazards), #26 (conducting outreach activities to organizations addressing homelessness), and #27 (maintaining social media pages and website). These proposed activities meet the specific fair

housing needs identified and documented in this target area because the activities proposed will involve SAFHC conducting systemic investigations, testing, and outreach in the target area which have proven to be highly effective strategies and interventions to uncover housing discrimination, combat housing discrimination, provide resolutions to victims, and provide solutions to deter these discriminatory housing practices from continuing in the housing market in the target area.

(2) <u>AFFH and Underserved, Highly Segregated, and/or Rural Area Focus</u>: The funds requested through this NOFA will allow SAFHC to continue and expand its work in highly segregated, rural, and underserved locations in its 37 county service area. SAFHC has experience working with the populations of the targeted area, including diverse populations faced by historic segregation like the San Antonio Eastside Promise Zone (PZ) which is incorporated in the SOW.  Since the start of its FY2020 HUD PEI grant on April 1, 2021, SAFHC started tracking complaints originating in the San Antonio Eastside Promise Zone (PZ) and records show that staff have investigated complaints from 104 consumers in the PZ, conducted 29 rental test parts in the PZ, conducted 7 systemic investigations in the PZ, and provided 178 consumers in the PZ with counseling on discriminatory housing practices. SAFHC has also conducted 18 outreach activities in the PZ and completed 9,998 direct mailings to households in the PZ with information to address discriminatory housing practices and health and safety issues in housing to educate the public about their rights, improve public safety, improve health & wellness, and provide meaningful access to and engagement in the Council's programs and complaint process. These proposed activities meet the specific fair housing needs identified and documented in this target area because the activities proposed will involve SAFHC conducting systemic investigations of housing discrimination in the target area, conducting testing in the target area, and conducting outreach in the target area which have proven to be highly effective strategies and interventions to uncover

housing discrimination, combat housing discrimination, provide resolutions to victims, and provide solutions to deter these discriminatory housing practices from continuing in the housing market in the target area.  In terms of other targeted, underserved counties, SAFHC is the closest FHIP to the target service area and can reach the furthest county via plane in 1 hour or via car in 4.50 hours. SAFHC is very knowledgeable about its service area, has conducted the following number of FHA outreach activities in each county: Atascosa-24, Bandera-8, Bexar-1,590, Brooks-4, Cameron-295, Comal-92, Dimmit-10, Frio-21, Gillespie-6, Gonzales-18, Guadalupe-69, Hidalgo-496, Jim Wells-6, Karnes-9, Kendall-19, Kerr-23, Kleberg-35, LaSalle-16, Maverick-14, Medina-18, Nueces-27, Real-1, Starr-14, Uvalde-31, Val Verde-29, Webb-115, Willacy-7, Wilson-8, Zapata-10, and Zavala-8.  In addition, SAFHC has conducted the following number of complaint investigations in each county: Atascosa-15, Bandera-4, Bexar-4,590, Brooks-1, Cameron-96, Comal-62, Frio-6, Gonzales-3, Guadalupe-44, Hidalgo-193, Jim Wells-3, Karnes-1, Kendall-17, Kennedy 4, Kerr-22, Kleberg-3, LaSalle-3, Maverick-4, Medina-10, Nueces-47, Real-1, Uvalde-3, Val Verde-4, Webb-15, Willacy-4, Wilson-6. Since the start of its FY2020 HUD PEI grant on April 1, 2021, SAFHC has investigated complaints from 73 consumers in the Rio Grande Valley (RGV) area which is an underserved area of Texas which is composed of Cameron County, Hidalgo County, Starr County, and Willacy County.  In addition, SAFHC has conducted 118 rental test parts in the RGV, conducted 23 systemic investigations in the RGV, and provided 53 consumers in the RGV with counseling on discriminatory housing practices.  In addition, SAFHC has conducted 69 outreach activities in the RGV.

(3) <u>Proposed Solution</u>: The needs addressed in this document relate to and show a direct relationship to SAFHC's proposed SOW Program Tasks #1 (obtaining new fair housing resource materials), #2 (translating documents from English into Spanish, Chinese and Tagalog), #6

(conducting complaint intakes), #7 (evaluating complaint allegations for enforcement), #8 (providing households with fair housing guidance/counseling), #9 (counseling clients with disabilities about accommodation or modification requests), #10 (submitting accommodation or modification requests on behalf of disabled clients), #11 (conducting systemic investigations), #12 (conducting joint systemic investigations with other FHIP organizations), #13 (conducting rental test parts), #14 (conducting design and construction test parts), #15 (conducting sales test parts), #16 (conducting lending test parts), #17 (train staff on fair housing), #18 (conducting mediation efforts), #19 (referring complaints to attorneys), #20 (referring complaints to HUD), #21 (conducting outreach activities to local/State jurisdictions in order to AFFH), #22 (conducting outreach activities in the San Antonio Eastside Promise Zone), #23 (providing households in Bexar County with info to address discriminatory housing practices), #24 (providing households in Hidalgo County with info to address discriminatory housing practices), #25 (providing households in Nueces County with info to address discriminatory housing practices), #26 (conducting outreach activities to organizations addressing homelessness), and #27 (maintaining social media pages and website).These proposed activities meet the specific fair housing needs identified and documented in this target area because the activities proposed will involve SAFHC conducting systemic investigations, testing, and outreach in the target area which have proven to be highly effective strategies and interventions to uncover housing discrimination, combat housing discrimination, provide resolutions to victims, and provide solutions to deter these discriminatory housing practices from continuing in the housing market in the target area. In addition, SAFHC will continue to use Language Line Services to provide on-demand language interpretation and document translation services so staff can effectively communicate with LEP consumers. SAFHC will also continue to translate its vital documents and educational materials into other languages.

8

SAFHC's SOW includes proposed Program Task #2 to translate printed materials to be disseminated to the public into Spanish, Chinese, and Tagalog based on the population's language needs in Bexar, Hidalgo and Nueces County. U.S. Census Bureau's 2022 data on "Language Spoken at Home for the Population 5 years and over," states the top 2 languages spoken by Bexar County residents who speak English less than "very well" are Spanish & Chinese. https://shorturl.at/ctwHL U.S. Census Bureau's 2022 data on "Language Spoken at Home for the Population 5 years and over," states the top 2 languages spoken by Hidalgo County residents who speak English less than "very well" are Spanish & Tagalog. https://shorturl.at/buQW3 U.S. Census Bureau's 2022 data on "Language Spoken at Home for the Population 5 years and over," states the top 2 languages spoken by Nueces County residents who speak English less than "very well" are Spanish & Tagalog. https://shorturl.at/rwxV5 SAFHC also has 3 staff who speak Spanish fluently and will continue to translate materials into Spanish.

(4) Immediacy of Need: If SAFHC is not selected for funding, then consumers living in the thirty-37 counties located in SAFHC's South Texas service area would be without fair housing assistance, counseling, complaint investigation, and advocacy services. The vast majority of local government offices and/or county government offices located in this 37 county area lack a dedicated Fair Housing Department and an understanding of fair housing laws to be able to adequately serve their residents. In addition, although Texas has a State FHAP agency, the sheer physical size and diversity of the State can present obstacles for the FHAP agency and the FHAP agency cannot sufficiently serve these underserved areas. SAFHC is the nearest fair housing enforcement agency (with testing capabilities) to these underserved counties and SAFHC's staff already has recent, relevant, and successful experience conducting fair housing activities in these counties under its current and previous HUD FHIP PEI grants. Based on past successful fair

housing activities in the targeted areas, SAFHC is the best organization to serve these underserved areas in the most efficient and effective way. Furthermore, the vast majority of SAFHC's housing discrimination complaints deal with disability discrimination. Thus, if SAFHC is not selected for funding, then each year hundreds of consumers with disabilities would be without assistance in obtaining the necessary reasonable accommodations and/or structural modifications from housing providers which are desperately needed in order for these disabled consumers to have full use, enjoyment, and access to their dwelling units.

(5) <u>Application of Funding</u>: The FY2023 funding amount will used to continue and expand SAFHC's FHIP-funded fair housing activities, especially in highly segregated, rural, and/or underserved areas, which include (1) receiving and evaluating at least 400 complaint allegations (which is an additional 25 complaint allegations compared to the number required under its current PEI grant), (2) providing counseling on discriminatory housing practices to at least 900 households (which is an additional 525 households compared to the number required under its current PEI grant), (3) counseling at least 250 complainants with disabilities regarding reasonable accommodation or modification requests (which is an additional 100 complainants compared to the number required under its current PEI grant), (4) submitting at least 140 reasonable accommodation or modification requests to Respondents on behalf of disabled clients (which is an additional 20 requests compared to the number required under its current PEI grant), (5) providing at least 7,500 underserved households with educational materials about fair housing and addressing environmental hazards in their dwelling units (which is an additional 3,500 households compared to the number required under its current PEI grant), and (6) maintaining an website and social media pages which results in a combined total of at least 100,000 views (which is an additional 91,000 views compared to the number required under its current PEI grant).

10

# EXHIBIT 2-E

## ADVANCING RACIAL EQUITY NARRATIVE

San Antonio Fair Housing Council, Inc. (SAFHC) d/b/a Fair Housing Council of South Texas has analyzed the racial composition of the persons or households who are expected to benefit from its proposed grant activities. While its service area includes 37 South Texas Counties, SAFHC will provide additional targeted activities to residents of Bexar County (61.3% Hispanic, 25.9% White alone, non-Hispanic, 9.1% Black alone, 3.5% Asian alone), Hidalgo County (92.5% Hispanic, 5.7% White alone, non-Hispanic, 1% Black alone, 1.1% Asian alone), and Nueces County (65.4% Hispanic, 27.6% White alone, non-Hispanic, 4.3% Black alone, 2.3% Asian alone).

SAFHC has identified Limited English Proficiency (LEP) as a potential barrier to persons or communities of color equitably benefiting from its proposed activities in Bexar, Hidalgo, and Nueces County. U.S. Census Bureau's data on "Language Spoken at Home for the Population 5 years and over," states the top 2 languages spoken by Bexar County residents who speak English less than "very well" are Spanish & Chinese, top 2 languages spoken by Hidalgo County residents who speak English less than "very well" are Spanish & Tagalog, and the top 2 languages spoken by Nueces County residents who speak English less than "very well" are Spanish & Tagalog.

To prevent and eliminate this barrier, SAFHC will continue to use Language Line Services to provide on-demand language interpretation and document translation services so staff can effectively communicate with LEP consumers. SAFHC will also continue to translate its vital documents and educational materials into other languages. SAFHC will translate two of its documents into Spanish, Chinese, and Tagalog each year so people are properly informed about their rights and obtain meaningful access to services. SAFHC also has 3 staff who speak Spanish fluently and will continue to translate materials into Spanish. SAFHC will utilize translated Client Evaluation Surveys to evaluate its effectiveness in advancing racial equity in its grant activities.

1