# EXHIBIT 3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS FAIR HOUSING CENTER; INTERMOUNTAIN FAIR HOUSING COUNCIL; SAN ANTONIO FAIR HOUSING COUNCIL, INC., d/b/a FAIR HOUSING COUNCIL OF SOUTH TEXAS; and HOUSING RESEARCH AND ADVOCACY CENTER, d/b/a FAIR HOUSING CENTER FOR RIGHTS & RESEARCH, INC., *on behalf of themselves and all those similarly situated*,<br><br>   *Plaintiffs*,<br> v.<br><br>THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; SCOTT TURNER, *in his official capacity as Secretary of Housing and Urban Development*; U.S. DOGE SERVICE; U.S. DOGE SERVICE TEMPORARY ORGANIZATION; and AMY GLEASON, *in her official capacity as Acting Administrator of U.S. DOGE Service and U.S. DOGE Service Temporary Organization*,<br><br>   *Defendants*. | Civil Action No. 3:25-cv-30041-RGS<br><br>Judge Richard G. Stearns |

## **[AMENDED PROPOSED] TEMPORARY RESTRAINING ORDER**

UPON CONSIDERATION of Plaintiffs' Motion for a Temporary Restraining Order, the Memorandum of Points and Authorities and Exhibits in support thereof, any opposition, any reply thereto, and any oral argument, it is hereby ORDERED that the Motion is GRANTED.

It is further ORDERED that the HUD Defendants are ENJOINED to reverse the termination decision as communicated on February 27 and immediately reinstate Plaintiffs' FHIP awards.

It is further ORDERED that the HUD Defendants are ENJOINED from pausing, freezing, suspending, or terminating any FHIP grants based on either a directive from DOGE or E.O. 14158.

The HUD Defendants are further ORDERED to file a status report with the Court within 48 hours of entry of a temporary restraining order confirming their compliance with such order and reporting all steps that Defendants, their officers, employees, and agents have taken to comply with the Court's temporary restraining order.

SO ORDERED.

_____     _____
Hon. Richard G. Stearns, U.S.D.J.                                  Date