UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS FAIR HOUSING CENTER, *et al.*,<br><br>               Plaintiffs,<br><br>v.<br><br>THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>               Defendants. | No. 3:25-cv-30041-RGS |

**DEFENDANTS' ASSENTED-TO MOTION FOR BRIEF EXTENSION OF TIME**

Defendants[1] respectfully request that the Court extend by one business day the time by which the parties must comply with paragraph 7 of the Court's March 26, 2025 Order (Doc. No. 31) (the "Order"). Plaintiffs[2] assent to the relief requested in this motion. In support of this motion, Defendants state:

    1.      On March 26, 2025, the Court allowed Plaintiffs' motion for a temporary restraining order. Order at 1-2.

    2.      Paragraph 7 of the Order required that, "[b]y close of business on March 28, 2025, the parties shall address the need for any additional briefing as to the propriety of entering a preliminary injunction in this case and, if applicable, jointly propose a briefing schedule." *Id.*

---

[1] Defendants are the Department of Housing and Urban Development ("HUD"); Scott Turner (Secretary of HUD); U.S. DOGE Service; U.S. DOGE Service Temporary Organization; and Amy Gleason (Administrator of U.S. DOGE Service and U.S. DOGE Service Temporary Organization).

[2] The Named Plaintiffs are Massachusetts Fair Housing Center, Intermountain Fair Housing Council, San Antonio Fair Housing Council, Inc., and Housing Research and Advocacy Center.

¶ 7.

3.  The parties are conferring cooperatively on a response to paragraph 7 of the Court's Order but need more time to do so. Accordingly, Defendants respectfully submit that an extension of one business day—until Monday, March 31, 2025—is warranted to allow the parties additional time to confer about any preliminary-injunction briefing.

WHEREFORE, Defendants respectfully request that the Court grant their motion and allow the parties until March 31, 2025, to respond to paragraph 7 of the Court's Order.

Dated: March 28, 2025

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ Julian N. Canzoneri*
Julian N. Canzoneri
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3170
julian.canzoneri@usdoj.gov

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that, pursuant to L.R. 7.1(a)(2), I conferred with Plaintiffs' counsel who assented to the relief requested in this motion.

*/s/ Julian N. Canzoneri*
Julian N. Canzoneri
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record by means of the Court's Electronic Case Filing system on March 28, 2025.

*/s/ Julian N. Canzoneri*
Julian N. Canzoneri
Assistant U.S. Attorney