UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS FAIR HOUSING CENTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, <br><br> Defendants. | No. 3:25-cv-30041-RGS |

## HUD DEFENDANTS' STATUS REPORT

Pursuant to the Court's March 26, 2025 order, Doc. No. 31 (the "Order"), Defendants Department of Housing and Urban Development ("HUD") and Scott Turner (Secretary of HUD) respectfully submit the following status report:

1. By close of business on March 27, 2025, HUD provided notice of the Order (a) to HUD employees and anyone acting in concert with them who are involved with Fair Housing Initiative Program ("FHIP") grants, and (b) to all recipients of the February 27, 2025 termination letters.

2. In addition, HUD removed the termination status of all FHIP grant recipients who previously received the termination letters at issue in this case and restored such grant recipients to their prior status.

Dated: March 28, 2025 Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ Julian N. Canzoneri*
Julian N. Canzoneri
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3170
julian.canzoneri@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record by means of the Court's Electronic Case Filing system on March 28, 2025.

*/s/ Julian N. Canzoneri*
Julian N. Canzoneri
Assistant U.S. Attorney