UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS FAIR HOUSING CENTER, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>        Defendants. | Civil Action No. 3:25-cv-30041-RGS |

**DEFENDANTS' MOTION TO DISSOLVE
THE TEMPORARY RESTRAINING ORDER (Doc. No. 31) AND STAY PROCEEDINGS**

Pursuant to Federal Rule of Civil Procedure 65(b)(4), Defendants[1] respectfully move to dissolve the temporary restraining order issued on March 26, 2025 (Doc. No. 31) and stay proceedings. In support, Defendants submit the accompanying memorandum of law.

Dated: April 7, 2025

Respectfully submitted,

LEAH B. FOLEY
Acting United States Attorney

By:    */s/ Julian N. Canzoneri*
Julian N. Canzoneri
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3170
julian.canzoneri@usdoj.gov

---

[1] Defendants are the Department of Housing and Urban Development ("HUD"); Scott Turner (Secretary of HUD); U.S. DOGE Service; U.S. DOGE Service Temporary Organization; and Amy Gleason (Administrator of U.S. DOGE Service and U.S. DOGE Service Temporary Organization).

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that I conferred with counsel for Plaintiffs who opposes the relief requested in this motion. Plaintiffs' counsel shared that they will submit a proposed briefing schedule tomorrow.

Dated: April 7, 2025                                     */s/ Julian N. Canzoneri*
                                                         Julian N. Canzoneri
                                                         Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record by means of the Court's Electronic Case Filing system on April 7, 2025.

                                                         */s/ Julian N. Canzoneri*
                                                         Julian N. Canzoneri
                                                         Assistant U.S. Attorney