IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS FAIR HOUSING CENTER; INTERMOUNTAIN FAIR HOUSING COUNCIL; SAN ANTONIO FAIR HOUSING COUNCIL, INC., d/b/a FAIR HOUSING COUNCIL OF SOUTH TEXAS; and HOUSING RESEARCH AND ADVOCACY CENTER, d/b/a FAIR HOUSING CENTER FOR RIGHTS & RESEARCH, INC., *on behalf of themselves and all those similarly situated*, <br><br>   *Plaintiffs*, <br> v. <br><br>THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, SCOTT TURNER, *in his official capacity as Secretary of Housing and Urban Development*, U.S. DOGE SERVICE, U.S. DOGE SERVICE TEMPORARY ORGANIZATION, and AMY GLEASON, *in her official capacity as Acting Administrator of U.S. DOGE Service and U.S. DOGE Service Temporary Organization*, <br><br>   *Defendants*. | Civil Action No. 3:25-cv-30041-RGS <br><br> Judge Richard G. Stearns |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Massachusetts Fair Housing Center, Intermountain Fair Housing Council, San Antonio Fair Housing Council Inc. d/b/a Fair Housing Council of South Texas, and Housing Research and Advocacy Center d/b/a Fair Housing Center for Rights & Research Inc., on behalf of themselves and those similarly situated, hereby appeal to the United States Court of Appeals for the First Circuit from the District Court's (Stearns, R.) April 14, 2025 Order, ECF No. 42 (docketed on April 14, 2025).

Dated: April 16, 2025                                  Respectfully submitted,

*/s/ Lila Miller*
Lila Miller*
Reed Colfax*
Zoila Hinson*
Rebecca Livengood*
Yiyang Wu*
Robert Hunter*
RELMAN COLFAX PLLC
1225 19th Street, N.W., Suite 600
Washington, D.C. 20036
Tel: (202)728-1888
Fax: (202)728-0848
lmiller@relmanlaw.com
rcolfax@relmanlaw.com
zhinson@relmanlaw.com
rlivengood@relmanlaw.com
ywu@relmanlaw.com
rhunter@relmanlaw.com

Daniel Ordorica
Daniel Ordorica (BBO # 705729)
HEISLER, FELDMAN, & ORDORICA, P.C.
293 Bridge Street, Suite 322
Springfield, MA 01103
Tel: (413)788-7988
Fax: (413)788-7996
dordorica@hfmgpc.com

* *Admitted pro hac vice*

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing to be served upon counsel of record by email.

                                            */s/ Lila Miller*
                                            Lila Miller

Dated: April 16, 2025