# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption:     Massachusetts Fair Housing Center et al v. Department of Housing and Urban Development et al

District Court Number:     3:25cv30041-RGS

Fee:     Paid?   Yes  X   No _____   Government filer _____   *In Forma Pauperis* Yes _____   No _____

Motions Pending     Yes _____ No  X          Sealed documents     Yes _____ No  X
*If yes, document #* _____          *If yes, document #* _____

*Ex parte* documents   Yes _____ No  X          Transcripts     Yes _____ No  X
*If yes, document #* _____          *If yes, document #* _____

Notice of Appeal filed by: Plaintiff/Petitioner  X    Defendant/Respondent _____    Other: _____

Appeal from:

## #42 Electronic Order

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

## #42 and #48

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal #  48  filed on  April 16, 2025  .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on  April 16, 2025  .

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**