**May 9, 2025**

Brandon Price
6571 Stockport Cove
Memphis, TN. 38141
Phone No. (901) 498-3621

To: Clerk of the Court
U.S. District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Daniel Ordorica (BBO #705729)
Atty. for Original Defendants
293 Bridge Street
Suite 322
Springfield, MA 01103

### RE: Mass. Fair Housing, et al. v. HUD, et al. Case No. 3:25 -cv- 30041/Missing Page

Dear Clerk and Atty. Ordorica:

On April 28, 2025, I, Brandon Price, on behalf of myself and the other named individuals in the above-referenced, filed in the above-referenced matter a Motion by Perspective Plaintiffs for Joinder as Plaintiffs in the above-referenced matter with Memorandum of Law in support and Motion For Leave To Amend As Bivens Action simultaneously. However, I had inadvertently failed to include **page 5** of the subject Motion.

Therefore, I am re-sending the said Motion to include page 5 to the Motion.

Sincerely,

Brandon Price, Representative
of Perspective Plaintiffs