UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS FAIR HOUSING CENTER, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>        Defendants. | Civil Action No. 3:25-cv-30041-RGS<br><br>Judge Richard G. Stearns |

**STIPULATION OF DISMISSAL**

    WHEREAS, Plaintiffs Massachusetts Fair Housing Center; Intermountain Fair Housing Council; San Antonio Fair Housing Council, d/b/a Fair Housing Council of South Texas; and Housing Research and Advocacy Center, d/b/a Fair Housing Center for Rights and Research, Inc. ("Plaintiffs") instituted the above-captioned action challenging the decision of Defendants Department of Housing and Urban Development ("HUD"); Scott Turner; U.S. DOGE Service; U.S. DOGE Service Temporary Organization; and Amy Gleason's ("Defendants"), communicated through a February 27 letter, to terminate federal funding under the Fair Housing Initiatives Program ("FHIP").

    WHEREAS, Defendants restored the FHIP awards at issue on March 27, 2025, and those awards have remained in place since that date.

    WHEREAS, HUD has represented that it has no reasonable expectation of ever reinstating the February 27, 2025 termination and that any future decision regarding FHIP funding would reflect a determination of the facts as they exist in the future and would not rely on the February 27, 2025 termination decision.

NOW THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants jointly stipulate that any claims asserted by Plaintiffs against Defendants in this action be dismissed without prejudice. The parties further stipulate that each party shall bear its own costs and attorney fees.

Dated: December 22, 2025

Respectfully submitted,

/s/ Julian N. Canzoneri
Julian N. Canzoneri
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3170
julian.canzoneri@usdoj.gov

*Counsel for Defendants*

/s/ Lila Miller
Lila Miller*
Reed Colfax*
Robert Hunter*
RELMAN COLFAX PLLC
1225 19th Street, N.W., Suite 600
Washington, D.C. 20036
Tel: (202)728-1888
Fax: (202)728-0848
rcolfax@relmanlaw.com
lmiller@relmanlaw.com
rhunter@relmanlaw.com

Daniel Ordorica (BBO # 705729)
HEISLER, FELDMAN, & ORDORICA, P.C.
293 Bridge Street, Suite 322
Springfield, MA 01103
Tel: (413)788-7988
Fax: (413)788-7996
dordorica@hfmgpc.com

*\* Admitted pro hac vice*

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I, Lila Miller, hereby certify that that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing to be served upon counsel of record by email.


Dated: December 22, 2025                                        */s/ Lila Miller*
                                                                                 Lila Miller